Andrew P. Bridges (SBN: 122761)
abridges@winston.com
David S. Bloch (SBN: 184530)
dbloch@winston.com
Nicholas Short (SBN:253922)
nshort@winston.com
WINSTON & STRAWN LLP
101 California Street, 39th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTERSERVE, INC. dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FUSION GARAGE PTE. LTD., a Singapore company,**<br><br>Defendant. | Case No. C 09-5812 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a Untied States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a Untied States District Judge.

1
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2009               WINSTON & STRAWN LLP

                                        By:   /s/ David S. Bloch
                                              ANDREW P. BRIDGES
                                              DAVID S. BLOCH
                                              NICHOLAS SHORT
                                              abridges@winston.com
                                              dbloch@winston.com
                                              nshort@winston.com

                                              Attorneys for Plaintiffs
                                              INTERSERVE, INC. dba
                                              TECHCRUNCH