**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                       General Court Number
Clerk                                                                                                              415.522.2000

**December 18, 2009**

**CASE NUMBER:  CV 09-05812 JCS**
**CASE TITLE:  INTERSERVE INC-v-FUSION GARAGE PTE LTD**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW (PVT)** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/18/09

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                     Special Projects
Log Book Noted                                           Entered in Computer 12/18/09 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA