Andrew P. Bridges (SBN: 122761)
Abridges@winston.com
David S. Bloch (SBN: 184530)
Dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street, 39th Floor
San Francisco, CA  94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

*Attorneys For Plaintiffs*

Claude M. Stern (SBN: 96737)
claudestern@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
   & HEDGES
555 Twin Dolphin Drive
Redwood Shores, CA 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Patrick C. Doolittle (SBN: 203659)
QUINN EMANUEL URQUHART OLIVER
   & HEDGES
patrickdoolittle@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Phone:        (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTERSERVE, INC. dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation,**<br><br>           **Plaintiffs,**<br><br>       **vs.**<br><br>**FUSION GARAGE PTE. LTD., a Singapore company,**<br>           **Defendant.** | Case No. CV-09-5812 JW (PVT)<br><br>**STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE**<br><br>[Local Rule 6-1 (a)] |

1

**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**            **CASE NO. 09-CV-5812**

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

The parties hereby stipulate as follows:

1. Defendant Fusion Garage Pte. Ltd. was served on December 18, 2009 (Dkt. No. 7).

2. The parties agree and stipulate pursuant to Local Rule 6-1 (a) that Defendant shall have until January 28, 2010, to answer or otherwise respond to Plaintiffs' Complaint.

3. Plaintiffs have indicated to Defendant that they may move or apply for expedited discovery. Defendant will not use this extension as a ground to object to Plaintiff's application for expedited discovery, though Defendant reserves the right to assert all other grounds, arguments and bases for why such expedited discovery is unwarranted and unnecessary.

Dated: December 28, 2009         WINSTON & STRAWN LLP


                                 By:  /s/David S. Bloch
                                      Andrew P. Bridges
                                      David S. Bloch
                                      Attorneys for Plaintiffs



                                 QUINN EMANUEL URQUHART
Dated: December 28, 2009             OLIVER & HEDGES


                                 By:  /s/Patrick C. Doolittle
                                      Claude M. Stern
                                      Patrick C. Doolittle
                                      Attorneys for Defendant

2
**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**          CASE NO. 09-CV-5812

**SIGNATURE ATTESTATION**

  I am the ECF User whose identification and password are being used to file the foregoing Stipulation Regarding Responsive Pleading Deadline.  In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.

Dated:  December 28, 2009        Respectfully submitted,

                 WINSTON & STRAWN LLP

                 By: /s/ David S. Bloch
                     David S. Bloch
                     Attorney for Plaintiffs