Andrew P. Bridges (SBN: 122761)
Abridges@winston.com
David S. Bloch (SBN 184530)
DBloch@winston.com
Nicholas Short
NShort@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| INTERSERVE, INC., dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation, | Case No. 09-CV-5812 JW (PVT) |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| FUSION GARAGE PTE. LTD., a Singapore company, | |
| Defendant. | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5894. On December 28, 2009, I served the within document:

**STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE**
**[Local Rule 6-1 (a)]**

| | |
|---|---|
| ☒ | By placing the document above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, CA addressed as set forth below. |
| ☐ | By sending the document(s) listed above to the person(s) at the addresses set forth below via Federal Express overnight courier. |

| ☒ | By electronically mailing a true and correct copy of the document(s) listed above to the person(s) listed below through Winston & Strawn LLP's electronic mail system at the e-mail address set forth below. |
|---|---|
| ☐ | By the Court's ECF electronic mailing system. |

Patrick C. Doolittle
Claude M. Stern
QUINN EMANUEL URQUHART OLIVER
  & HEDGES
patrickdoolittle@quinnemanuel.com
claudestern@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Phone:          (415) 875-6600
Facsimile:     (415) 875-6700

I declare that I am employed in the office of a member of the bar of this Court whose direction the service was made.

Executed on December 28, 2009 at San Francisco, California.

WINSTON & STRAWN LLP

/s/ Ginny Hirsch Ebert
Ginny Hirsch Ebert

SF:270317.1