# **EXHIBIT C**

Dockets.Justia.com

**From:** "Chandrasekar Rathakrishnan" <chandra@fusiongarage.com>
**Date:** December 30, 2008 12:03:02 AM PST
**To:** "Louis Monier" <louis.monier@gmail.com>
**Cc:** "Michael Arrington" <editor@techcrunch.com>, "Heather Harde" <heather@techcrunch.com>, "Alysia Andrikopoulos" <alysiaa@gmail.com>
**Subject: Re: Houston, we have a prototype...**

This is great news. Good to see the first signs of the baby :)

cheers

On Tue, Dec 30, 2008 at 2:59 PM, Louis Monier <louis.monier@gmail.com> wrote:
   an early prototype. The Daves put it all together this afternoon, we worked on it for a few more hours, and I just came back home with it.

The good news:

- The case looks pretty good, though if you drop it or handle it roughly it will shatter. Not crack, shatter. So I'm handling this thing like a newborn. It travel in a big box full of polystyrene peanuts for example.
- It's the real processor and chipset. And there is plenty of oomph to run Flash videos and render fancy Web pages.
- It runs from flash memory, no hard drive.
- It has a touchscreen. Not the best type, this is low-end resistive, but it's all we could get our hands on. Think Palm Pilot, not iPhone. And it's a 12" display.
- It runs the first cut of the full-screen browser that FusionGarage put together for us.
- It has fancy LEDs that you can see through the case, very cool.
- It's pretty lightweight and feels real. It's thicker than the real one would be, but it's not shockingly thick. I'd buy one.
- I tried it on a bunch of Web sites (TechCrunch, Google, CNN, MySpace...), good experience.

The other news: it's not ready for prime time. This is the phase where progress is rapid, but bad surprises keep popping up. What we had this afternoon is called a smoke test: you plug it in, you don't see smoke, you win. It's not the same as: you plug it in, everything works first time. That's only in movies.
The list so far:

- It's not the final product architecture. It's full-fledged Linux Ubuntu running the browser, and it's good to have at least a mouse plugged in when dealing with the system outside the browser. It takes a while to

1

boot, then you have to fire up the browser as a separate app. Then it's (mostly) the real experience, full-screen browsing. But it's clearly a first step to get us passed the demos.
- The BIOS of the OpenBook is very primitive, and can't do a number of things like putting the machine to sleep. We are exploring what to do.
- The touchscreen is very iffy. We learned, just like the previous team did last summer, that there is no support for touchscreens in Linux. It's layers and layers of software that don't do what they claim to do. We fixed some of the biggest issues this afternoon, I will work with Chandra on some of the remaining ones. The keyboard is not yet reliable for example, and there are issues around the edges of the screen where the scrollbars are...
- The WiFi doesn't work yet, it is lacking the correct version of a Linux driver that Win is supposed to get from someone in Taiwan. Using the Ethernet port for now, which works just fine. Similar thing with the camera, it needs some more recent version of something, Win is on it. On the other hand, the accelerometer is pretty happy! :)
- A number of sites crash the browser, which should get Chandra's attention. For example Google News and Wikipedia. The pages never even show up, it's instant death. Should be easy to figure out if it's that bad.

So I think that we are in ok shape for debugging. With a few days of work this thing could be acceptable for giving demos. And it should be great for figuring out most of the UI / human factor issues.
--

--Louis