# **EXHIBIT E**

Dockets.Justia.com

> This is Google's cache of http://www.fusiongarage.com/blog/?p=6. It is a snapshot of the page as it appeared on Nov 19, 2009 11:42:55 GMT. The current page could have changed in the meantime. Learn more
>
> These terms only appear in links pointing to this page: **http www fusiongarage com blog p 20**   Text-only version

# FusionGarage

The official blog

- Home
- About Fusiongarage
- 

[         ] Switcher

Home > General, TechCrunch Tablet > Techcrunch Tablet Prototype B

## Techcrunch Tablet Prototype B

January 19th, 2009
Goto comments  Leave a comment

There is an air of excitement permeating through Fusion Garage at the moment. Michael Arrington of Techcrunch just wrote an update on the Techcrunch Tablet Prototype B.

It's our software that is running on the tablet as demonstrated in the videos embedded in the article. We continue to work with Louis Monier on the feature set and the user experience. We are thrilled with this progress and would like to take the opportunity to thank Michael and Louis for giving us the opportunity to work with them on the Techcrunch Tablet.

Its early days yet but we are big believers of the Browser As An Operating System and the Techcrunch Tablet Initiative.

A nice way to begin 2009 here at FusionGarage !

chandra General, TechCrunch Tablet browser, operating system, techcruch tablet

Comments (29) Trackbacks (3) Leave a comment Trackback

1. 
   Lee Bandoni
   January 19th, 2009 at 07:00 | #1
   Reply | Quote

   Thats some piece of software running on the techcrunch system. Well done for creating something that will inspiere so many and create new markets.

2. 
   Preetam Rai
   January 19th, 2009 at 10:10 | #2
   Reply | Quote

   Congrats guys, and good luck.

3. 

Praveen Rajan
January 19th, 2009 at 12:24 | #3
Reply | Quote

Nice work guys! Expect a (semi?) "Techcrunch" effect soon. I'd love to get my hands on one of these prototypes.

4. 

Joe Girard
January 19th, 2009 at 13:23 | #4
Reply | Quote

Hi,

Nice work. I've been watching this project for a long time and would love to be a part of it.

How about the world's first-ever in-kitchen professional cooking school - a great application to promote the product with 1/3rd of the total internet population visiting cooking sites.

Here's the school: http://rouxbe.com/school

Let me know what you think.
Cheers
Joe

5.

Salil Gokhale
January 19th, 2009 at 14:46 | #5
Reply | Quote

Saw the Crunchpad video on TechCrunch .You guys have done a great job. Congratulations and best of luck for productizing it.

6. 

sonny minx
January 19th, 2009 at 15:27 | #6
Reply | Quote

Congratulations! the product looks great .. and my mind is already filling with other applications for BaaOS.

7. 

Benjamin Meyer
January 19th, 2009 at 15:35 | #7
Reply | Quote

I saw in their post they mention that it is a WebKit browser. Which WebKit port is your browser based on?

8. 

Jason
January 20th, 2009 at 01:38 | #8
Reply | Quote

Saw the techcrunch videos. Nice job there. Any chance to show demo in Singapore?

9.
   Kozuch
   January 20th, 2009 at 14:12 | #9
   Reply | Quote

   http://en.wikipedia.org/wiki/CrunchPad

10.
    Josh
    January 20th, 2009 at 22:18 | #10
    Reply | Quote

    Hi Chandra, congrats from back home, you've come a long way from MXI, so keep it up. The real estate on that gadget is incredible, what's stopping you from using gestures (like in Firefox) to bring up the keyboard and having a scriptbased data entry system? That would be wicked.

11.
    chandra
    January 21st, 2009 at 13:05 | #11
    Reply | Quote

    @Josh

    Thanks Lee. Some way still to go

    @Lee Bandoni

12.
    chandra
    January 21st, 2009 at 13:08 | #12
    Reply | Quote

    @Josh
    Hi Josh, thanks for the kind words. Looks like you recall MXI. Have we met? Yeah gestures and all are things we are exploring… Hopefully next release

13.
    chandra
    January 21st, 2009 at 13:09 | #13
    Reply | Quote

    @Salil Gokhale
    Hey Salil! Thanks for checking in   Hope you are doing well. Keep in touch

14.
    chandra
    January 21st, 2009 at 13:11 | #14
    Reply | Quote

    @Jason
    Hopefully we can show it in Singapore soon ! Would love to.

15.
chandra
January 21st, 2009 at 13:12 | #15
Reply | Quote

@Preetam Rai

Thanks Preetam . We should catch up some time

16.
chandra
January 21st, 2009 at 13:14 | #16
Reply | Quote

@Praveen Rajan
Hopefully you will be able to get your hands on the one of these soon.
Pls keep checking in!

17.
chandra
January 21st, 2009 at 13:16 | #17
Reply | Quote

@Joe Girard
Joe, could be interesting! Will be in touch.

18.
chandra
January 21st, 2009 at 13:18 | #18
Reply | Quote

@Kozuch
Nice !

19.
chandra
January 21st, 2009 at 13:19 | #19
Reply | Quote

@Benjamin Meyer

Work in progress. Will reveal more details soon

20.
santhakumar
January 22nd, 2009 at 14:22 | #20
Reply | Quote

Great Work.

21.

chandra
January 23rd, 2009 at 12:54 | #21
Reply | Quote

@santhakumar


22. 

Tudor
February 1st, 2009 at 18:14 | #22
Reply | Quote

Interesting idea. I'll keep and eye on your blog from now on. Maybe I can pitch in to help, too

23. 

Alexwebmaster
March 3rd, 2009 at 06:53 | #23
Reply | Quote

Hello webmaster
I would like to share with you a link to your site
write me here preonrelt@mail.ru

24.

Diarmuid Wrenne
April 10th, 2009 at 07:56 | #24
Reply | Quote

I hope the Crunchpad don't lose USB master and the ability for the unit to run custom apps including those written in perl or python.
Nice work

Diarmuid

25.

Dr. Jorge Nelson
April 12th, 2009 at 04:29 | #25
Reply | Quote

I want every student in my school to use the Crunchpad all day in and out of their classes. Can I pilot this in my School of the Future next year?

26.

Notary Oregon
June 11th, 2009 at 22:41 | #26
Reply | Quote

Guys, can I buy this netbook now?
How soon it will be selling openly?

27. 

Nagamalai Jothibasu



June 25th, 2009 at 09:38 | #27
Reply | Quote

Really fantastics idea , Keep doing good work

All the best wishes to Chandra , Sam , Arul and Santhakumar

28. Ramesh
July 1st, 2009 at 05:32 | #28
Reply | Quote

hey Chandra, good to hear that you are back in business. i got your details from Teclam thru Facebook

29. Ashwin
July 31st, 2009 at 04:54 | #29
Reply | Quote

WOW...

Excellent...I am specializing in SAAS applications..browser as OS is the GodFather of SAAS...Congrats..hope we may meet some time soon..

Ashwin

1. February 4th, 2009 at 08:53 | #1
   FusionGarage » Fusiongarage, Age 1 yrs old. Status: alive, and kicking!
2. April 12th, 2009 at 05:21 | #2
   Fusiongarage is 1 yr old! « LocalLab : Foire aux Infos
3. June 26th, 2009 at 23:30 | #3
   Fusion Garage: Die Software des CrunchPad - Software, Crunchpad, Betriebssystem, Browser, Unbekannte, Geschichte, CrunchPad, Laut, Beschreibung, TechCrunch-Blogger - CrunchPad Blog

|  | Name (required) |
| --- | --- |
|  | E-Mail (will not be published) (required) |
|  | Website |

Subscribe to comments feed
( Submit Comment )
Fusiongarage is 1 yr old! Garage Is Open !
RSS feed

- Google
- Youdao
- Xian Guo
- Zhua Xia
- My Yahoo!
- newsgator

- Bloglines
- iNezha

## Recent Posts

- Fusiongarage is 1 yr old!
- Techcrunch Tablet Prototype B
- Garage Is Open !

## Categories

- General
- TechCrunch Tablet

## Archives

- February 2009
- January 2009

## Meta

- Log in

Top WordPress
Copyright © 2008-2009 FusionGarage
Theme by mg12. Valid XHTML 1.1 and CSS 3.

This is Google's cache of http://www.fusiongarage.com/blog/?p=11. It is a snapshot of the page as it appeared on Nov 11, 2009 11:27:01 GMT. The current page could have changed in the meantime. Learn more

These terms only appear in links pointing to this page: **http www fusiongarage com blog p 11**   Text-only version

# FusionGarage

The official blog

- Home
- About Fusiongarage
- 

Switcher

Home > General > Fusiongarage is 1 yr old!

## Fusiongarage is 1 yr old!

February 4th, 2009
Goto comments Leave a comment

Today is officially Fusiongarage's 1st birthday!

The last year was pretty eventful. Though we started discussing about the team and company sometime in early January 2008, finding a name for the startup (with a url that was available!), getting a convenient office space, bringing together the initial team etc took us a bit of time. February 2008, we were just setting up fusiongarage's office space. By day, we were assembling furniture we bought from IKEA and by afternoon we were busy brainstorming our product idea. Once we settled on the core product idea, we set out to build a prototype application. We ended up building some really cool stuff in the next few months.

When we eventually had a demo-able version of our idea (it had a 'grander' vision of what we are building right now), it was also that time of the year, when TechCrunch had started accepting applications for the TechCrunch50 2008 conference.

We decided to send our entry and a few weeks later, we found ourselves at the demopit in the conference venue. We didn't really launch our product/startup there, the plan was to showcase the concept to the attendees, gauge their interest and gather feedback. People seemed to like our idea, and some interesting meetings were scheduled for the next few days.

The week following TC50, we also attended Mobilize '08 - a conference targeting the mobile web space, organized by GigaOm network. People liked our product idea there as well; we even won the audience choice award! There were a few very interesting observations made here as well.

So after a fruitful 3 weeks at SFO, we were back to Singapore, only to start preparing our software for the Intel Developer Forum, at Taipei, Taiwan. What better place to present our software to Intel based hardware manufacturers, than the IDF! So off, we went. ( More of that later, as things get 'declassified' )

The collaboration with the Crunchpad project happened as a result of meetings we had with Mike Arrington and co, subsequent to TC50. We worked closely with Louis Monier in getting the software in shape for the hardware prototype B. We continue to work with them in getting the software in shape to make crunchpad a easy to use device. This is where we stand as of prototype-B: (Details over at TechCrunch's update )



As I said, the last year had been a very exciting year for FusionGarage. We expect that 2009 is gonna be no less exciting!

Arul Prasad General

Comments (6) Trackbacks (0) Leave a comment Trackback

1.
   Kozuch
   February 4th, 2009 at 16:25 | #1
   Reply | Quote

   You gotta bring a real product out soon guys!

2. 
   Kozuch
   February 5th, 2009 at 09:52 | #2
   Reply | Quote

   @Kozuch
   That said, I still remain really excited about your software that powers the CrunchPad. But is it really so hard to make it available for download or to set up a forge for community development? If you want to make business, you still can in providing support and implementation for specific hardware. Just open the shop… the rest will come.

3. 
   Kevin Lim
   April 11th, 2009 at 01:41 | #3
   Reply | Quote

   Congrats guys! This comes as a surprise to me, and it's really awesome how you're all working on something this sensational

4. 
   Armand
   April 12th, 2009 at 21:08 | #4
   Reply | Quote

   Hi,

   This is great. Make it cheaper than the iPhone and I'm sold. I'll be following this closely with keen interest.

   If you're looking for a distributor in Australia, please let me know.

5. 
   Jonathan Wong
   April 13th, 2009 at 13:02 | #5
   Reply | Quote

   You guys rock!

   Keep up the good work and congrats on the Crunchpad success with TechCrunch! 

6. JimS
   April 16th, 2009 at 22:34 | #6
   Reply | Quote

   I can't believe there aren't more comments and inquiries here. What you guys are working on is very promising, indeed. Looking forward to good news in the future.

1. No trackbacks yet.

Name (required)
E-Mail (will not be published) (required)
Website

Subscribe to comments feed

Submit Comment

Techcrunch Tablet Prototype B
RSS feed

- Google
- Youdao
- Xian Guo
- Zhua Xia
- My Yahoo!
- newsgator
- Bloglines
- iNezha

## Recent Posts

- Fusiongarage is 1 yr old!
- Techcrunch Tablet Prototype B
- Garage Is Open !

## Categories

- General
- TechCrunch Tablet

## Archives

- February 2009
- January 2009

## Meta

- Log in

Top WordPress
Copyright © 2008-2009 FusionGarage
Theme by mg12. Valid XHTML 1.1 and CSS 3.