# **EXHIBIT G**

Dockets.Justia.com

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form



- Login
- Join Twitter!



# Hey there! rchandrasekar is using Twitter.

Twitter is a free service that lets you keep in touch with people through the exchange of quick, frequent answers to one simple question: What's happening? Join today to start receiving rchandrasekar's tweets.

[ Join today! ]

Already using Twitter
from your phone? Click here.



## rchandrasekar

1. set aside everything to watch avatar at midnight on thursday on imax3d. avatar is a spectacle. a fantasy. 4:14 AM Dec 18th from web
2. RT @sunita: LOL!!! what do kids know about the Tiger Woods scandal? http://tinyurl.com/yjrhf7c 3:29 AM Dec 6th from web
3. RT @reckless: Let me rephrase: Even assuming his version of the CrunchPad story is 100% true, Michael Arrington is the worst lawyer in t ... 8:57 PM Dec 5th from web
4. RT @reckless: My full post on the CrunchPad

-- Arrington hadn't even filed for the trademark until 11/17. http://is.gd/5dtlP 8:56 PM Dec 5th from web

5. RT @arulprasad: tip @techmeme CrunchPad TM was only applied for on Nov17, the day Arrington says FusionGarage notified him of the split. ... 8:56 PM Dec 5th from web
6. @paul_tomkins I got to agree with you. we deserved so much more. long term still looks good. just ensure we hang on to Rafa! 2:05 PM Nov 4th from web
7. ok. youtube is up again 8:06 PM Nov 3rd from web
8. youtube is down! seriously. 8:05 PM Nov 3rd from web
9. amazing.Liverpool is now a trending topic on twitter. great start to day. what a win over the scums! season starts right now! 8:51 AM Oct 25th from web
10. @hwork Happy Birthday Dude! Have a blast 8:22 PM Aug 1st from web
11. @cyantist seriously that's a really cool drawing ! http://post.ly/1i2F 1:19 AM Jul 30th from web
12. damn! coming down with a flu. 10:27 AM Jul 29th from web
13. in taiwan 9:31 AM Jul 15th from web
14. got back to sin from palo alto on sunday after 3mths,left for sydney on tues night, back to sin on sunday night n taiwan next on tues.damn! 9:37 AM Jul 9th from web
15. seriously, i m sad to see @hwork leave techcrunch. henry, all the best in ur new job ! stay in touch 12:52 AM Jun 27th from web
16. look forward to reading "accidental billionaires; the Founding of Facebook A Tale of Sex, Money, Genius and Betrayal" http://bit.ly/5CKMD 5:33 AM Jun 24th from web
17. finally got some serious sleep after a long while! stayed in my hotel room in palo alto for the whole of Sat! 11:16 PM Jun 20th from web
18. @dwr thanks for the photos dude ! 5:22 PM Jun 17th from web
19. @sunita looks like u beginning to get going with twitter ;) 3:49 AM Jun 12th from web
20. i am subjecting my body to some serious torture with the little sleep that i have been getting for days on end! 5:42 AM Jun 11th from web
21. Happy 4th Birthday ! @techcrunch 2:13 AM

- *Name rchandrasekar*

35 Following 103 Followers 4 Listed

Jun 11th from web
22. @cyantist thanks for that cyan! needed that advert :) 8:42 PM Jun 8th from web
23. just had this hot dog from 7-11 here in palo alto. awesome! 8:24 PM Jun 4th from web
24. the crunchpad update is at the top of techmeme right now. 3.44 pm pst! 4:44 PM Jun 3rd from web
25. CrunchPad Update, the launch prototype. we are excited working on this http://bit.ly/eHsjS 4:05 PM Jun 3rd from web
26. @sarahcuda the real question is would u want to own this 4:03 PM Jun 3rd from web
27. @arrington take care n speedy recovery! 1:53 PM Jun 2nd from web
28. xbox's new motion controller.... crazy cool http://bit.ly/Wf1Ar 4:37 PM Jun 1st from web
29. am done with work n for the night! off to bed 4:06 AM Jun 1st from web
30. am getting addicted to football manager n that's not a good sign! 3:11 AM May 31st from web
31. want to try and catch Drag Me To Hell this weekend. reviews have been overwhelmingly positive ! trailer looked good as well. like sam raimi 10:51 PM May 29th from web
32. top 3 odms shipped in excess of 68 million units between themselves in '08 10:47 PM May 29th from web
33. learnt so much about odm in taiwan over the last 2 weeks. we met with all of the top 5-6 players globally . 10:46 PM May 29th from web
34. http://bit.ly/9kHxu - a better comparison between the old n new iphone back case. again not a rumor! read my last tweet prior to this 5:13 PM May 29th from web
35. This is real. Not a rumor ! Seen an apple employee carrying it and exposing it unconsciously while answering a call. http://bit.ly/mfsGF 5:11 PM May 29th from web
36. wonder what percentage of total internet traffic is from iphone/andriod users ? 4:48 PM May 29th from web
37. watched "nothing but the truth".awesome movie. best line : "with great people there is no distinction between the person n the principle" 4:44 PM May 29th from web
38. think i am suffering from insomnia now. just cant sleep. darn exhausted but cant sleep! think all the late nights have just screwed my clock

- 49Tweets
- Favorites

## Following



RSS feed of rchandrasekar's tweets  RSS feed of rchandrasekar's favorites

1:35 AM May 29th from web

39. was at the google io today and the giveaway G2 fone is cool (at least the form factor does!) 5:56 PM May 28th from web
40. @sarahcuda agreed. there are no shortcuts to getting conversant with chinese. u going on a crash course ? 5:41 PM May 28th from web
41. google gave away g2(aka htc magic) to all attendees at goggle io event! damn, i was not there! http://bit.ly/194Bam 5:23 PM May 27th from web
42. wtf! just caught cnn report redbull has traces of cocaine. germany may ban! http://bit.ly/12HQkz 3:29 AM May 27th from web
43. just leaving techcrunch office. last to leave today and its memorial day ;) 8:35 PM May 25th from web
44. @parislemon "Deny This" hits big time ! Nice! 3:23 AM May 23rd from web
45. @arulprasad dude this isn't abt a hangover frm startrek, #TerminatorSalvation was awful ! 5:26 PM May 21st from web
46. #link monetization models ? http://tinyurl.com/dnzvq5 8:03 AM Feb 9th from web
47. let me clarify my point earlier..... meant people have a desire to multitask n they do it by minimizing windows.... 2:06 AM Apr 7th, 2008 from web
48. How do one enhance the desire to multitask applications 2:01 AM Apr 7th, 2008 from web
49. People have a desire to minimize n multitask 1:57 AM Apr 7th, 2008 from web

## Footer

- © 2009 Twitter
- About Us
- Contact
- Blog
- Status
- Goodies
- API
- Business
- Help
- Jobs
- Terms
- Privacy