# **EXHIBIT H**

# TechCrunch

Grab Your Crunchies Tickets: Second Release On Sale Now. »

## CrunchPad: The Launch Prototype

by **Michael Arrington** on June 3, 2009

We've been working hard behind the scenes on the CrunchPad since our **last update in April**, and have just about nailed down the final design for the device. We're showing the conceptual drawings here today. In another few weeks we'll have the first working prototypes in our office.

This launch prototype is another significant step forward from the last prototype. The screen is now flush with the case and we've decreased the overall thickness to about 18 mm. The case will be aluminum, which is more expensive than plastic but is sturdier and lets us shave a little more off the overall thickness of the device.

I believe the device now actually looks better than the **original concept design** we published last summer. Compare the images below to the **first prototype** and you can see how far we've come. If you're interested, **here's Prototype B**. Pictures of Prototype C, which is the device we're actually demo'ing to people now, **are here** .

A lot has happened behind the scenes, too. Our partner **Fusion Garage** continues to drive the software forward, and we are in deep discussions with key partners to bring the device to market. If you'd like to see the previous CrunchPad in action, we have a previously-private video **available on YouTube** that shows our vision for the user interface and the last version of the software stack. This is a Linux based operating system and a Webkit based browser. The device boots directly into the browser.

The next time we talk about the CrunchPad publicly will be at a special press and user event in July in Silicon Valley. If you'd like to be emailed when new news comes out, **send an email to crunchpad@techcrunch.com and we'll put you on the list.**

Here is the near-final industrial design for the CrunchPad:



Advertisement
BROWSING PHOTOS JUST GOT A TOUCH EASIER
BAMBOO
IF ONLY LIFE WERE THIS EASY
Wacom.com/Bamboo    Ads by Google

### Actively Discussed Posts

**TSA To Save Print Media? No Electronics On International Flights? What A Joke.**
221 comments

**NSFW: The Physical Impossibility of The Future in the Mind of Someone Trapped In Chicago**
186 comments

**370 Passwords You Shouldn't (And Can't) Use On Twitter**
133 comments

**Should You See Avatar? About 75 Percent Of People Who Tweet About It Think You Should**
101 comments

**Apple Expanding iWork In The Cloud?**
42 comments

© 2009 TechCrunch
3667K readers

About   Advertise   Archives   Company Index   Contact   CrunchCam   Jobs   Trends