# **EXHIBIT I**

Case5:09-cv-05812-JW   Document12-9   Filed12/28/09   Page1 of 5

Dockets.Justia.com

**From:** Chandrasekar Rathakrishnan [mailto:chandra@fusiongarage.com]
**Sent:** Tuesday, June 02, 2009 8:35 PM
**To:** Michael Arrington; Keith Teare; Heather Harde
**Subject:** Re: update from my end

guys,

here are some of my thoughts in relation to the point mike raised about posting the new device pictures.

i do think a post is going be great to push things along. however i think we need a more substantial post to really push things.

so here are my high-level tots.

we had an option of doing a post about pre-orders but i had suggested previously that I rather wait for the next evolution of the device

and unveil at a press conference and do pre-orders then. My reasoning was that it was more real and likely to sell more.

we have the other option of posting updates of the new device now.

however, i do feel we might need something of a in-between to really push things along.

my suggestion is that we do a post, update new device pictures and at the same time announce that we will be having a press conference in july to unveil the

device, do a demo etc. we can give a specific date in july if we have to.

using that, we allow pple to sign up to attend the conference (somewhat like apple's wwdc) and open a wait list.

i am anticipating that this will lead to a huge waitlist.

this helps in achieving 2 things. we are making it clear to intel that we are moving forward regardless.

We have dates n milestone locked and announced. In addition, we are showing pent-up demand with pple signed up to attend and the growing waitlist.

There will be be alot of chatter between the date of post and the run up to the conference creating a hype; hopefully a frenzy.

We are in a position to appoint an odm this week. odm have suggested that they can get the first board out by

1

end june.

so the july prototype will be using actual to ship components etc. so we do have the infrastructure in place.

Just some high-level tots for discussion.

thanks,
chandra


On Wed, Jun 3, 2009 at 11:08 AM, Chandrasekar Rathakrishnan <chandra@fusiongarage.com> wrote:
ok, done.

On Wed, Jun 3, 2009 at 11:03 AM, Keith Teare <keith@teare.com> wrote:
Let's say 8.45 at Mike's place.


On Jun 2, 2009, at 8:01 PM, Chandrasekar Rathakrishnan wrote:

i am up for it. happy to meet at ur place or the office. just let me know time and place.

cheers

On Wed, Jun 3, 2009 at 10:56 AM, Michael Arrington <editor@techcrunch.com> wrote:
if everyone is up for it we can meet at my place, or the office.

On Jun 2, 2009, at 7:51 PM, Chandrasekar Rathakrishnan wrote:

I am available as well. just let me know.....if we need to meet tonight.

thanks


On Wed, Jun 3, 2009 at 10:06 AM, Keith Teare <keith@teare.com> wrote:
I'm around tonight after 8.30pm if you want to talk.

You could come round to my place or we could meet somewhere else.

Keith

On Jun 2, 2009, at 6:20 PM, Chandrasekar Rathakrishnan wrote:

i m prepared to do it. think we shld discuss. i will in the meantime today, get the team to send me some real good glamor shots for our perusal.

2

if you decide to post, then the shots are going to be ready for use tomorrow morning pst.

thanks,

On Wed, Jun 3, 2009 at 9:15 AM, Michael Arrington <editor@techcrunch.com> wrote:
perhaps we should post the new design. that'll get people fired up big time.

Chandra?

On Jun 2, 2009, at 6:10 PM, Keith Teare wrote:

That's not my reading.

Sounds like it is being taken higher (CEO level) due to it's strategic nature. But it is now a higher stakes issue for them.

Sent from my iPhone, please excuse typos.

Best Regards

Keith Teare
+1-650-704-2674

On Jun 2, 2009, at 5:58 PM, Michael Arrington <editor@techcrunch.com> wrote:

> to be clear, this means intel is out right?
>
>
> On Jun 2, 2009, at 5:48 PM, Keith Teare wrote:
>
>
>
> Sent from my iPhone, please excuse typos.
>
> Best Regards
>
> Keith Teare
> +1-650-704-2674
>
> Begin forwarded message:
>
>> **From:** "Yi, Marc S" <marc.s.yi@intel.com>
>> **Date:** June 2, 2009 5:46:49 PM PDT
>> **To:** Keith Teare <keith@teare.com>
>> **Subject: update from my end**
>>
>> Keith,

3

I've been in meetings all day so I am just getting back to you.


Unfortunately, no term sheet.... I need to follow-up with our senior execs on the strategic side before giving you a clear answer/next steps re Apple/Dell, etc. It's a bit complicated but it looks like it will get escalated to the very top...which is a good thing. I will give you a call tomorrow after 1pm.