# **EXHIBIT K**

**From:** Chandrasekar Rathakrishnan <chandra@fusiongarage.com>
**Date:** August 31, 2009 3:58:33 AM PDT
**To:** Michael Arrington <editor@techcrunch.com>
**Subject: Update**

Mike,

Pls do not kill the project as yet. Pls hold off a week.

I will fly to SF sometime mid next week with all of the new devices etc.

We just got the newly assembled complete unit (with touchscreen etc).

We working hard to do software integration right now.

And trust me, the device rocks! its slimmer than macbook air and its really really nice.

Seeing the device is the best way of proving that.

I will send you some pictures later today and I am doing so reluctantly as seeing the device is a way bigger wow.

I know how to deal with Pegatron and some of the challenges that we are currently facing. We can overcome these challenges.

Its going to be easier to discuss this in person and I will there sometime mid next week.

I will come up with a team of guys so that we can continue fixing issues and getting product ready.

If we decide to move forward and get the product launched at TC50 or separate press event, then i will have my team to back me and get the product where it needs to be.

There is little time and we need to be working through next week to get product to a good state and I am not going to be able to do it alone.

So team of guys will fly with me. The commitment to make this happen is obvious and I can underline that any further than suggesting that a team of guys are going to come with me to the states.

1

I will need your help with letters to suggest purpose of visit to facilitate visa application of the guys from India and will send a separate email on that later tonight.

Would need those letters by end monday your time pls as we need 5 to 7 days for visa application.

I was going to write these emails sometime tonight your time but your call came before my updates.

Pls hold off and give me time till next week to come over and sort all of this.

Will send email with photos of the device later today.


Thanks,
Chandra

2