# EXHIBIT L

**From:** Chandrasekar Rathakrishnan [mailto:chandra@fusiongarage.com]
**Sent:** Friday, November 13, 2009 6:01 PM
**To:** Michael Arrington
**Cc:** brian@techcrunch.com; Heather Harde
**Subject:** Re: my schedule

mike,

thanks for updating. as per my last mail , we are course for getting a lockdown device (with new panel and updated software and abt 5 of them) by late Monday.

will arrange to come over once i have it locked down on monday. yes, we shld target the event in sf.

additionally, i will be in dialogue with the potential investors over the weekend and will revert affirmatively on status of that late weekend.

thanks,
chandra

On Fri, Nov 13, 2009 at 2:00 PM, Michael Arrington <editor@techcrunch.com> wrote:
I'm leaving next saturday morning (before thanksgiving) for washington. I'll be back in January. If we're doing something, it will have to be next week. We happen to be having a crunchup event next week in san francisco. that is the day.