# **EXHIBIT N**

Company Name Fusion Garage PTE. LTD.
Address 120 Lower Delta Road #07-16 Cendex Centre Singapore (169208)

To whom it may concern:

It is hereby notified that the CrunchPad Project between you and us (hereinafter "the Project") has been terminated due to your failure to respond to our previous inquiries concerning the agreed payment as detailed in the Exhibit A. Termination of the Project shall not release or discharge any of your obligation hereunder or statutory obligation, nor shall it relieve you of liability for nonperformance of such obligations. Please promptly make payment immediately without further delay.

Furthermore, according to the Non-Disclosure and Confidential Agreement between you and us, you shall at all time maintain the confidentiality of any Confidential Information, including but not limited to the motherboard design, placement, layout, industrial design and any other intellectual property provided or disclosed by us. You shall not use, copy, adapt, divulge, publish, disclose, or circulate (or authorize or permit any one else to use, adapt, divulge, publish, disclose or circulate) any of the Confidential Information.

Besides, without prejudice to the rights under the Non-Disclosure and Confidential Agreement, we hereby request you to destroy and deleted all Confidential Information (including all copies thereof) from all retrieval systems and databases, and please provide us a written statement certifying that all of such Confidential Information has been destroyed.

Pegatron Corporation
By: *Leo TSAI*
Name: *Leo TSAI*
Title: *Account Manager*
Date: *10/9/2009*

**Exhibit A: List of Overdue Payment**

1. 20% of NRE charge (EVT): USD 140,000
2. CNC Sample x1: USD 1,250
3. 30% of DVT sample charge: USD 9,585.6