# **EXHIBIT O**

Dockets.Justia.com

**From:** Chandrasekar Rathakrishnan [mailto:chandra@fusiongarage.com]
**Sent:** Sunday, June 14, 2009 1:47 AM
**To:** Heather Harde
**Cc:** Michael Arrington
**Subject:** Re: cap table

Heather/Mike,

Pls find attached a revised cap table. Nothing has changed on the cap table front.

Have just cleaned up and added a "details of loans" worksheet to the file.

Have indicated names, amts, timing during which loan was taken and general terms.

pls note that this is to the best of my memory and will have to check back to be sure (have already began checking).

however, i do not anticipate any material changes to what have been provided for in this spreadsheet.

thanks,
chandra

On Sat, Jun 13, 2009 at 1:20 PM, Heather Harde <heather@techcrunch.com> wrote:

Chandra,


Plz outline the names of the companies and/or individuals who have extended the loans:

S$300,000

S$225,000

S$100,000

Also, to the extent any loans have specific terms (repayment, interest, conversion, etc) indicate those. If informal, that's fine, just indicate as such.


(S$625,000 is total above... your spreadsheet indicates S$725,000. Is total a typo or I'm missing something else.)

1

Thanks,

Heather

---

**From:** Chandrasekar Rathakrishnan [mailto:chandra@fusiongarage.com]
**Sent:** Friday, June 12, 2009 5:45 PM
**To:** Michael Arrington
**Cc:** Heather Harde
**Subject:** Re: cap table

Mike,

as requested. pls note that the loan are approximate amts. am getting the accountant to check to be sure but its thereabouts.
not going to be very different from whats in this cap table.

thanks

On Sat, Jun 13, 2009 at 5:23 AM, Chandrasekar Rathakrishnan <chandra@fusiongarage.com> wrote:

ok , i will work on updating the cap table as a matter of priority today. thanks

On Sat, Jun 13, 2009 at 3:57 AM, Michael Arrington <editor@techcrunch.com> wrote:

we can't get a term sheet until we nail down chandra's cap table.

Private Confidential

## Fusion Garage Pte Ltd

Details of Loans (As of June 1st 2009)

| Lenders Short Name | Name of Lenders | Loan Amount S$ | Approximate Month of Loan Reciept | General Terms |
|---|---|---|---|---|
| Chandra | Chandrasekar Rathakrishnan | 100,000 | Jan & Feb 08 | Informal |
| Bruce | Dr Bruce Lee | 150,000 | Dec 08(100k) & May 09(50K) | Agreement with company , personal guarantor chandra's dad. Understanding was to return upon fund raising |
| Sugu | Sugumaran Kannusamy | 275,000 | Nov 08(50k) & Jan 09(50 k), Feb 09, Apr | Informal , agreement not signed as yet, understanding was to return upon fund raising. Sugu is one of the investors within Raffles grp |
| Raffles | Raffles Technology Investment Ltd | 100,000 | Mar 09 | Agreement with Company. Understanding was to return upon fund raising. Interest of 1.65 % per mth. |
| Wilfred | Wilfred | 100,000 | June | Friend of Stuart. Agreement was with company. Return within 2 mths of lending. Still in the first mth of lending. Interest rate of 7 % per mth. Must return |
| | | 725,000 | | |

Updated Notes All amounts above is in SGD.
Total amt raised via loans is 480,132 USD (using exchange rate of 1 usd = 1.51 sgd)

Private Confidential