1  Andrew P. Bridges (SBN: 122761)
   Abridges@winston.com
2  David S. Bloch (SBN: 184530)
   Dbloch@winston.com
3  WINSTON & STRAWN LLP
   101 California Street, 39th Floor
4  San Francisco, CA  94111-5802
   Telephone:     (415) 591-1000
5  Facsimile:     (415) 591-1400

6  *Attorneys For Plaintiffs*

7  Claude M. Stern (SBN: 96737)
   claudestern@quinnemanuel.com
8  QUINN EMANUEL URQUHART OLIVER
      & HEDGES
9  555 Twin Dolphin Drive
   Redwood Shores, CA 94065
10 Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
11
   Patrick C. Doolittle (SBN: 203659)
12 QUINN EMANUEL URQUHART OLIVER
      & HEDGES
13 patrickdoolittle@quinnemanuel.com
   50 California Street, 22nd Floor
14 San Francisco, CA 94111
   Phone:         (415) 875-6600
15 Facsimile:     (415) 875-6700

16 *Attorneys for Defendant*

**IT IS SO ORDERED**
Judge James Ware
12/29/2009

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **INTERSERVE, INC. dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation,** | Case No. CV-09-5812 JW (PVT) |
| Plaintiffs, | **STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE** |
| vs. | |
| | **[Local Rule 6-1 (a)]** |
| **FUSION GARAGE PTE. LTD., a Singapore company,** | |
| Defendant. | |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1
**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**          **CASE NO. 09-CV-5812**

Dockets.Justia.com

The parties hereby stipulate as follows:

1. Defendant Fusion Garage Pte. Ltd. was served on December 18, 2009 (Dkt. No. 7).

2. The parties agree and stipulate pursuant to Local Rule 6-1 (a) that Defendant shall have until January 28, 2010, to answer or otherwise respond to Plaintiffs' Complaint.

3. Plaintiffs have indicated to Defendant that they may move or apply for expedited discovery.  Defendant will not use this extension as a ground to object to Plaintiff's application for expedited discovery, though Defendant reserves the right to assert all other grounds, arguments and bases for why such expedited discovery is unwarranted and unnecessary.

Dated: December 28, 2009                WINSTON & STRAWN LLP


By:   /s/David S. Bloch
        Andrew P. Bridges
        David S. Bloch
        Attorneys for Plaintiffs



Dated: December 28, 2009                QUINN EMANUEL URQUHART
                                         OLIVER & HEDGES


By:   /s/Patrick C. Doolittle
        Claude M. Stern
        Patrick C. Doolittle
        Attorneys for Defendant

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation Regarding Responsive Pleading Deadline. In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.

Dated:  December 28, 2009                          Respectfully submitted,

                                                                             WINSTON & STRAWN LLP

                                                                             By: /s/ David S. Bloch
                                                                                     David S. Bloch
                                                                                     Attorney for Plaintiffs

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5802**