Andrew P. Bridges (SBN: 122761)
Abridges@winston.com
David S. Bloch (SBN: 184530)
Dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street, 39th Floor
San Francisco, CA  94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

*Attorneys For Plaintiffs*

Claude M. Stern (SBN: 96737)
claudestern@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER
    & HEDGES
555 Twin Dolphin Drive
Redwood Shores, CA 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Patrick C. Doolittle (SBN: 203659)
QUINN EMANUEL URQUHART OLIVER
    & HEDGES
patrickdoolittle@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Phone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Defendant*

IT IS SO ORDERED

Judge James Ware

12/29/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTERSERVE, INC. dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation,** | **Case No. CV-09-5812 JW (PVT)** |
| **Plaintiffs,** | **STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE** |
| **vs.** | **[Local Rule 6-1 (a)]** |
| **FUSION GARAGE PTE. LTD., a Singapore company,** | |
| **Defendant.** | |

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

The parties hereby stipulate as follows:

1. Defendant Fusion Garage Pte. Ltd. was served on December 18, 2009 (Dkt. No. 7).

2. The parties agree and stipulate pursuant to Local Rule 6-1 (a) that Defendant shall have until January 28, 2010, to answer or otherwise respond to Plaintiffs' Complaint.

3. Plaintiffs have indicated to Defendant that they may move or apply for expedited discovery. Defendant will not use this extension as a ground to object to Plaintiff's application for expedited discovery, though Defendant reserves the right to assert all other grounds, arguments and bases for why such expedited discovery is unwarranted and unnecessary.

Dated: December 28, 2009                    WINSTON & STRAWN LLP


                                            By:   /s/David S. Bloch
                                                  Andrew P. Bridges
                                                  David S. Bloch
                                                  Attorneys for Plaintiffs




Dated: December 28, 2009                    QUINN EMANUEL URQUHART
                                                OLIVER & HEDGES


                                            By:   /s/Patrick C. Doolittle
                                                  Claude M. Stern
                                                  Patrick C. Doolittle
                                                  Attorneys for Defendant

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation Regarding Responsive Pleading Deadline.  In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.


Dated:  December 28, 2009                              Respectfully submitted,

                                                                      WINSTON & STRAWN LLP


                                                            By:  /s/ David S. Bloch
                                                                   David S. Bloch
                                                                   Attorney for Plaintiffs