UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSERVE, INC. ET AL,<br><br>          Plaintiff(s),<br><br>  v.<br><br>FUSION GARAGE PTE. LTD,<br><br>          Defendant(s).<br>_____/ | No. C 09-05812 JW<br><br>CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the recent case reassignment a Case Management Conference has been set before Judge James Ware **March 22, 2010 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference by **March 12, 2010.**

Dated: December 29, 2009

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy