1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Patrick Doolittle (Bar No. 203659)
3    patrickdoolittle@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California  94111
   Telephone:     (415) 875-6600
5  Facsimile:     (415) 875-6700

6  Attorneys for Defendant Fusion Garage PTE Ltd.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

| | |
|---|---|
| INTERSERVE, INC. dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FUSION GARAGE PTE LTD., a Singapore company,<br><br>　　　　　Defendant. | CASE NO. C 09-cv-5812 JW<br><br>**DECLARATION OF PATRICK C. DOOLITTLE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Date:　　April 5, 2010<br>Time:　　9:00 a.m.<br>Dept.:　　8, Fourth Floor<br>Judge:　　The Hon. James Ware |

Case No. C 09-cv-5812 JW
DECLARATION OF PATRICK C. DOOLITTLE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, MOTION TO STRIKE,
MOTION FOR A MORE DEFINITE STATEMENT, AND REQUEST FOR JUDICIAL NOTICE

Dockets.Justia.com

**DECLARATION OF PATRICK DOOLITTLE**

I, Patrick C. Doolittle, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Defendant. Unless otherwise noted, I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto. This declaration is submitted in support of Defendant Fusion Garage's Motion to Dismiss, Motion to Strike, Motion for More Definite Statement, and Request for Judicial Notice.

2. On information and belief, attached hereto as <u>Exhibit A</u> is a true and correct copy of a blog post entitled "We Want a Dead Simple Web Tablet for $200. Help Us Build It", authored by Michael Arrington and posted to the TechCrunch blog on July 21, 2008, bearing the following URL: http://www.techcrunch.com/2008/07/21/we-want-a-dead-simple-web-tablet-help-us-build-it/. I supervised a paralegal at my firm, Joerg Struempe, who used the Snagit Screen Capture program to capture screen shots of this blog post. I compared the captured screenshots to the Internet version of the blog post available at the aforementioned URL, and the screenshots appear to be accurate depictions of the blog post. As discussed in Defendant's Request for Judicial Notice, filed concurrently herewith, Defendant respectfully requests that the Court take judicial notice of this document.

3. On information and belief, attached hereto as <u>Exhibit B</u> is a true and correct copy of a blog post entitled "Update on the TechCrunch Tablet: Prototype A", authored by Michael Arrington and posted to the TechCruch blog on August 30, 2008, bearing the following URL: http://www.techcrunch.com/2008/08/30/update-on-the-techcrunch-tablet-prototype-a/. I supervised a paralegal at my firm, Joerg Struempe, who used the Snagit Screen Capture program to capture screen shots of this blog post. I compared the captured screenshots to the Internet version of the blog post available at the aforementioned URL, and the screenshots appear to be accurate copies of the blog post. As discussed in Defendant's Request for Judicial Notice, filed concurrently herewith, Defendant respectfully requests that the Court take judicial notice of this document.

1    4.    On information and belief, attached hereto as <u>Exhibit C</u> is a true and correct copy of
2  relevant excerpts from a blog post entitled "The End of the CrunchPad", authored by Michael
3  Arrington and posted to the TechCrunch blog on November 30, 2009, bearing the following URL:
4  http://www.techcrunch.com/2009/11/30/crunchpad-end/.  I accessed this document from the
5  Internet and printed the first page of this document as <u>Exhibit C</u>.  Defendant does not request that
6  the Court take judicial notice of this document (as it does not appear to be referenced in the
7  Complaint), but requests that Court consider it in connection with Defendant's motion to dismiss
8  Plaintiffs' Lanham Act claim on standing grounds under Fed. R. Civ. P. 12(b)(1).  *See Mahtesian*
9  *v. U.S. Office of Personnel Mgmt.*, 388 F. Supp. 2d 1047, 1047 n. 1 (N.D. Cal. 2005) ("Where, as
10 here, the subject matter jurisdiction of the court is challenged under Fed. R. Civ. P. 12(b)(1), the
11 court may consider evidence outside the complaint pertaining to this issue").

12    I declare under penalty of perjury of the laws of the United States of America that the
13 foregoing is true and correct.

14    Executed this 28th day of January, 2009, in San Francisco, California.

            */s/ Patrick Doolittle*
16          Patrick C. Doolittle

-2-    Case No. C 09-cv-5812 JW
DECLARATION OF PATRICK C. DOOLITTLE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, MOTION TO STRIKE,
MOTION FOR A MORE DEFINITE STATEMENT, AND REQUEST FOR JUDICIAL NOTICE