| Tech | Gadgets | Mobile | Enterprise | CrunchBase | Crunchies 2009 | More ▼ |

Search

# TechCrunch

About   Advertise   Archives   Company Index   Contact   CrunchCam   Events   Jobs

Subscribe:   

Trends

# Update On The TechCrunch Tablet: Prototype A

by **Michael Arrington** on August 30, 2008        **319 Comments**   💬 **50**  retweet

Update on the **TechCrunch Tablet**: A humble (and messy) beginning. Prototype A has been built. It's in a temporary aluminum case that a local sheet metal shop put together for us that's at least twice as thick as it needs to be, but the hardware has been defined and is nearing lockdown. We booted the machine in the case for the first time today, accessed the Wifi network and were able to navigate a web page via the touch screen.

Most of the work is transitioning to software and UI, and real industrial design work on the case is beginning.

We are still far from having beta units but there is now a team working on the project, and an incredible group of people and companies have reached out to us to help. We've learned a lot about building a hardware device over the last few weeks, and it's clear that it is quite possible to build a high performance web tablet in the price range we anticipated.

A teaser picture:



0            ShareThis   

◀ **Previous Post**                                                **Next Post** ▶












### Actively Discussed Posts

**TechCrunch Hacked**
185 comments

**Is This The Apple Tablet? (Pretty Pictures)**
142 comments

Advertisement

### Actively Discussed Posts

**TechCrunch Hacked**
185 comments

**Is This The Apple Tablet? (Pretty**





www.Zyrion.com                          Ads by Google

Pictures)
142 comments

**The Tablet Could Spur A Media Revolution, But It Will Be Out Of Apple's Hands**
131 comments

**Calling All Entrepreneurs: California Needs You**
125 comments

**Google Voice Does An End Run Around Apple And Shows Up In The iPhone's Browser (Screenshots)**
104 comments

**The Tablet Could Spur A Media Revolution, But It Will Be Out Of Apple's Hands**
131 comments

**Calling All Entrepreneurs: California Needs You**
125 comments

**Google Voice Does An End Run Around Apple And Shows Up In The iPhone's Browser (Screenshots)**
104 comments

# Leave Comment

**Name***

**Email***

**Website**

**Twitter**

Trackback URL

Short URL

[ Add Comment ]



TechCrunch Trends   NEW
**VC Leaderboard**
Most Active Q3 and 2009



TechCrunch Research   NEW
**Q3 2009 Report**
DOWNLOAD NOW

**Featured Posts**



WEB VIDEO
Nearly Half Of Netflix Subscribers Now Watch Streams Online »

VIDEO
The iPad In Action »

JOINED AT THE HIP
Apple Teams With AT&T For The iPad's 3G Connection. Ugh. »

KINDLE KILLER?
The iPad Comes With iBooks And Will Cost $500 To $830 »

STEVE JOBS' BIG MOMENT
Live From The Apple Tablet Event »





Safecount.net







**The CrunchBoard**

**Jobs**  Services  For Sale

**Software Quality Engineer**
Wimba Inc

**Senior Software Engineer**
Wimba Inc.

**Google: Communications Manager, Developer Programs - Mountain View**
Google Inc

**ActionScript Developer - IndustryNext, LLC**
IndustryNext, LLC

**Senior Software Engineer**
Hotwire

See all      Post

Powered by **Personforce**





Techcrunch on Facebook

Google Ad Manager

About   Advertise   Archives   Company Index   Contact   CrunchCam   Events   Jobs   Trends

4460K readers
BY FEEDBURNER   **© 2010 TechCrunch**