**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSERVE, INC. ET AL, <br><br> Plaintiff(s), <br><br> v. <br><br> FUSION GARAGE PTE. LTD, <br><br> Defendant(s). <br> _____/ | No. C 09-05812 JW <br><br> CLERK'S NOTICE CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss (Docket Item No. 20) set for April 5, 2010 at 9:00 AM and the Case Management Conference set for March 22, 2010 at 10:00 AM before Judge James Ware have been reset to **May 3, 2010 at 9:00 AM and 10:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management conference before **April 23, 2010.**

Dated: February 22, 2010

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy