1   Andrew P. Bridges (SBN: 122761)
    ABridges@winston.com
2   David S. Bloch (SBN: 184530)
    DBloch@winston.com
3   Matthew A. Scherb (SBN: 237461)
    MScherb@winston.com
4   WINSTON & STRAWN LLP
    101 California Street, 39th Floor
5   San Francisco, CA 94111-5802
    Telephone: (415)    591-1000
6   Facsimile: (415)    591-1400

7   Attorneys for Plaintiffs
    INTERSERVE, INC., dba TECHCRUNCH
8   and CRUNCHPAD, INC.

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13   INTERSERVE, INC., dba TECHCRUNCH,  )   Case No. CV-09-5812 JW (PVT)
     a Delaware corporation, and CRUNCHPAD, )
14   INC., a Delaware corporation,      )
                                        )   DECLARATION OF DAVID S. BLOCH
15                    Plaintiffs,       )   IN SUPPORT OF MOTION FOR
                                        )   PRELIMINARY INJUNCTION
16          vs.                         )
                                        )
17   FUSION GARAGE PTE. LTD.,  a Singapore )   Date:    May 3, 2010
     company,                           )   Time: 9:00    A.M.
18                                      )   Place:   Courtroom 8, 4th Floor
                      Defendant.        )
19                                      )
                                        )
20   _____)

21

22

23

24

25

26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Dockets.Justia.com

I, David S. Bloch, declare under penalty of perjury of the laws of the United States:

1.      I am an attorney at law duly licensed to practice before all the Courts of the State of California, and a member in good standing of the Bar of the United States District Court for the Northern District of California.  I am a partner with the law firm of Winston & Strawn LLP, counsel of record in this action for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called to testify could and would competently testify thereto.

2.      On February 11, 2010, Plaintiffs served a subpoena on PayPal, requesting records concerning PayPal accounts held in the name of Chandrasekar Rathakrishnan and Fusion Garage. According to the records Plaintiffs received from PayPal, Defendant Fusion Garage PTE Ltd. has received about 90 pre-orders for the JooJoo.  Approximately 15 of these pre-orders already have been charged back or refunded.  Based on these records, it appears that the pre-order monies go to an account in the name of Fusion Garage's CEO, Chandrasekar Rathakrishnan, rather than in the name of Fusion Garage, the company.  Exhibit A is a true and correct copy of portions of these PayPal records summarizing the JooJoo payment account.  We have redacted phone and account numbers in the interests of protecting Mr. Chandrasekar's privacy.  The records showing chargebacks are lengthy and include information sufficient to identify individual buyers, so we have not attached them to this declaration.

3.      On February 3, 2010, Fusion Garage issued a press release stating that it would start shipping "at the end of February."  Exhibit B is a true and correct printout of this press release as it appears on www.marketwire.com.

Executed this 22nd day of February, 2010, in San Francisco, California.

/s/
David                                    S. Bloch


**CONCURRENCE IN FILING**

David S. Bloch concurs in the filing of this pleading.

Dated:  February 22, 2010            By:    /s/ - Matthew A. Scherb
                                            Matthew A. Scherb

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

SF:274702.4

# EXHIBIT A
## to
## Declaration of David S. Bloch

# PayPal

## FTI Page for Rathakrishnan Chandrasekar

Print Page

### User Info

|  |  |
|---|---|
| First Name: | Chandrasekar |
| Last Name: | Rathakrishnan |
| SSN: | |
| TIN: | |
| DOB: | June 17, 1980 |

### Credit Card Statement

|  |  |
|---|---|
| Name: | FUSIONGARAG |
| Extended Credit Card Statement Name: | FUSIONGARAG |
| Referrer Email: | No Daddy Linked   |   Not Linked   |   None |
| Email: | **payments@fusiongarage.com** |

### Business Info

|  |  |
|---|---|
| Name: | FusionGarage |
| URL: | http://www.fusiongarage.com |
| Customer Service Phone: | |

### Account Info

|  |  |
|---|---|
| Account Status: | Restricted - High |
| Account #: | |
| Account Type: | Business - Singaporean Verified - Cat10A (Singapore) |
| Time Created: | Nov. 30, 2009 03:02:45 CST |
| Sanction List Status: | Not Passed - No List |
| Account Flags: | |

### Financials

|  |  |
|---|---|
| Account Balance: | $3.00 SGD (Primary) $38,053.35 USD **$52,265.47 SGD *** |
| Total Amount Sent (USD Equiv): | $0.00 USD |
| Total Amount Received: | $44,555.42 USD |
| Amount Received: | Current Month: $0.00 USD Last 3 Months: $6,257.91 USD $37,868.52 USD $0.00 USD |
| Total Withdrawal Limit (Cumulative) | N/A |

(A month is determined by user's signup date, NOT by a calendar month)

### E-mail

| E-mail | | Status | Payment Enabled |
|---|---|---|---|
| payments@fusiongarage.com | Primary | Confirmed | Active |

### Phone numbers

| Phone Number | Type | Confirmation Status | Status | Trust | Payment Enabled |
|---|---|---|---|---|---|
| | Work | Unconfirmed - No Attempt | Active | Unknown Trust | Not Activated |
| | Mobile | Unconfirmed - No Attempt | Active | Unknown Trust | Not Activated |

PayPal-Restricted
Information Created on: Feb. 3, 2010 04:34:55 GMT

## Addresses

| Status | Address | Use | Trust |
|---|---|---|---|
| **Active - Business** | FusionStorage | (CC 1003 Confirmed) | Unknown Trust |
| LocConf Unconfirmed | | | |
| **Active - Contact** | FusionStorage | (Home) | Unknown Trust |
| LocConf Unconfirmed | | | |

## Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|
| PREV - Aggregated Suspicious Activity - Sellers | PP-853-085-533 | Dec. 14, 2009 03:11:34 CST | |
| EU receiving limit high/hard restriction | PP-855-793-085 | Jan. 28, 2010 02:03:02 CST | |
| COMPLIANCE - EU Receiving Limit 135 Warning | PP-855-793-085 | Dec. 17, 2009 02:08:10 CST | Jan. 2, 2010 23:45:32 CST |
| EU receiving limit 45 low/soft restriction | PP-855-793-085 | Jan. 2, 2010 23:45:32 CST | Jan. 28, 2010 02:03:02 CST |

## Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # | Auth'd | Trust |
|---|---|---|---|---|---|---|---|---|
| No Banks on file | | | | | | | | |

## Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer | Auth'd | Trust |
|---|---|---|---|---|---|---|---|---|---|
| Credit | Inactive | | Chandrasekar Rathakrishnan | | | NA | | | Unknown Trust |
| Credit | Primary | | CVV2 Rstd'ng (Refunded) Chandrasekar Rathakrishnan | | | NA | | | Unknown Trust |

## Debit cards

| Type | Status | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|---|
| No Debit cards on file | | | | | | | | |

## PayPal Credit

No Information available

## Auctions

| Auction User ID | Auction Manager User ID |
|---|---|
| No Auctions on file | |

## **Mobile payments

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|

Go to top

No Mobile payments on file

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contct the sender or delete the material from any computer."

# EXHIBIT B
## to
## Declaration of David S. Bloch

Advanced Search    All Recent News    Email a Friend    Print-Friendly

OPTIONS
✉ Email a Friend
🖨 Printer Friendly Version
📄 Latest News Releases

**SOURCE: Fusion Garage**

Feb 03, 2010 19:30 ET

### Fusion Garage Moves Into Full Production of Breakthrough JooJoo Web Tablet

### Innovative Manufacturing Agreement and Investment From CSL Group Helps Reinvent Consumer Electronics Business Model

SINGAPORE--(Marketwire - February 3, 2010) - Fusion Garage today announced that its category-creating JooJoo Internet tablet has moved into full production with initial shipments expected to reach consumers at the end of February. Helping fuel the JooJoo's arrival and Fusion Garage's next phase of corporate growth is an innovative manufacturing agreement and strategic investment from mobile device OEM and distribution giant CSL Group of Malaysia.

Fusion Garage is expected to announce a second round of investment within the next two weeks which would augment today's investment from CSL and the company's initial round secured in November 2009.

CSL, established in 1998, has rapidly grown to a major conglomerate, with sales of nearly $300M USD, and the organization is one of the largest manufacturers of cell phones, mobile devices, netbook and notebook computers in SE Asia.

The strategic relationship between the companies calls for CSL to absorb all up front manufacturing costs associated with JooJoo production. This agreement virtually eliminates the normal high cost of mass market entry -- often in the tens of millions -- for any emerging Consumer Electronics (CE) hardware developer. In exchange, CSL will receive a revenue royalty from each JooJoo sold globally. Additionally, CSL has made a strategic venture investment in Fusion Garage which will help the company to move to the next phase of its corporate growth and product development.

"This is landscape changing manufacturing agreement in the CE hardware market in much the same way Dell changed the PC business model with its direct to consumer sales approach back in the 1990s," said Fusion Garage founder and CEO, Chandrasekar (Chandra) Rathakrishnan. "CSL's confidence in JooJoo and strategic investment enables us to concentrate on the expansion of our organization, software development and, ultimately, building a world class CE company."

"We are justifiably bullish -- not only on the promise of the JooJoo and the Internet tablet market's potential but also on Fusion Garage's forward looking vision," said Dato Eric Chuah, Chairman of the CSL Group of Companies. "We have an opportunity to expand our business via this relationship, enter a hot market with a trusted partner and turn the traditional CE hardware manufacturing model on its head. We are betting on volume here and firmly believe our bet will be a winner."

About JooJoo

JooJoo, officially introduced in December 2009, is the category-creating Web tablet that provides near instantaneous Internet access and the best online experience. The African word "joujou" means magical object and Fusion Garage's JooJoo brings users into an online world where everything on the Internet is just a single touch away. Powered by Fusion Garage's innovative browser-based operating system, JooJoo enables users to quickly and easily tap into Internet applications, news, music, high definition video, social media and web services. JooJoo has revolutionary hardware, including the largest capacitive touch screen of any device on the market -- 12.1 inches -- providing full screen content viewing. Its ultra-portable, ultra-thin design offers the best Internet experience anywhere -- on the couch or on the go, standing or sitting. JooJoo's gesture-based user interface allows easy transitions between Websites and turns pages in a digital publication via the movement of a finger. A full-size touch keyboard appears when users need it, and disappears when viewing content or paging through digital content. JooJoo is available directly from Fusion Garage at www.thejoojoo.com.

About Fusion Garage

Fusion Garage enables the best Internet experience through innovative software and hardware devices. Founded in 2008, Fusion Garage's core browser-based operating system provides near instantaneous Internet access and has spurred the development of an entirely new category of consumer electronics devices dedicated to online usage. Fusion Garage is based in Singapore and is privately funded.

Editorial Contacts:
John Kreuzer
McGrath/Power Public Relations
(408) 727-0351
johnk@mcgrathpower.com

Kathryn Walker
McGrath/Power Public Relations
(678) 458-5661
kathrynw@mcgrathpower.com

Click here to see all recent news from this company

Privacy Statement | Sitemap | © 2010 Marketwire, Incorporated. All rights reserved.
Your newswire of choice for expert news release distribution.

1-800-774-9473 (US)  |  1-888-299-0338 (Canada)  |  +44-20-7562-6550 (UK)