| | |
|---|---|
| 1 | Andrew P. Bridges (SBN: 122761) |
| | ABridges@winston.com |
| 2 | David S. Bloch (SBN: 184530) |
| | DBloch@winston.com |
| 3 | Matthew A. Scherb (SBN: 237461) |
| | MScherb@winston.com |
| 4 | WINSTON & STRAWN LLP |
| | 101 California Street, 39th Floor |
| 5 | San Francisco, CA 94111-5802 |
| | Telephone: (415) 591-1000 |
| 6 | Facsimile: (415) 591-1400 |
| 7 | Attorneys for Plaintiffs |
| | INTERSERVE, INC., dba TECHCRUNCH |
| 8 | and CRUNCHPAD, INC. |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| INTERSERVE, INC., dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation, | Case No. CV-09-5812 JW (PVT) |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND IMPOSING CONSTRUCTIVE TRUST** |
| FUSION GARAGE PTE. LTD., a Singapore company, | |
| Defendant. | |

-1-

1     Plaintiffs Interserve, Inc. dba TechCrunch and CrunchPad Inc. ("TechCrunch") move for a
2 preliminary injunction. The court has reviewed the papers and considered the arguments of counsel
3 and grants the motion.

4     Fusion Garage Pte. Ltd., its officers, agents, servants, employees, attorneys and those in
5 active concert or participation with them, who receive actual notice by personal service or otherwise,
6 are hereby enjoined, pending the conclusion of this litigation, from transferring or otherwise
7 dissipating the proceeds from any sales of the JooJoo device. A constructive trust is hereby imposed
8 upon all proceeds of the JooJoo pre-sales and sales, pending conclusion of the litigation.

9     This order shall take effect immediately.

Dated: _____                _____
                                  HON. JAMES WARE
                                  UNITED STATES DISTRICT JUDGE

SF:274726.1