ORIGINAL ~~COURTESY COPY~~
FILED

DEC 12 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a/ INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>GOOGLE, INC.,<br><br>_____ Defendant(s). _____ / | C-05-3649<br>CASE NO. 1~~05CV046409~~<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Lester L. Levy _____, an active member in good standing of the bar of

New York _____, whose business address and telephone number is Wolf Popper LLP

845 Third Avenue, New York, NY 10022 _____, having

applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiffs _____,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 12-12-05

~~Patricia V. Trumbull~~ JAMES WARE
United States District Judge