IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER KOSICH, ET AL<br><br>    Plaintiff,<br>v.<br><br>CUMMINS ENGINE CO., ET AL<br><br>    Defendant.<br>v.<br><br>DELTA BOAT WORKS, ET AL<br><br>    Third Party Defendants | NO: CV 03-00699 CW<br><br>**ORDER REGARDING FAILURE TO E-FILE** |

This case is subject to Electronic Case Filing ("ECF") pursuant to General Order 45, Section VI, which requires that all documents in such a case be filed electronically. Our docket reflects that the **joint case management statement (docket #31)** was not filed electronically.

IT IS HEREBY ORDERED that on or before **7/24/03**, counsel for **Third Party defendants, Kenneth Scheidegger, Delta Boat Works,** e-mail the above mentioned document to the Court in Portable Document Format ("PDF") to ecf-cand@cand.uscourts.gov. Failure to comply with this order by the above date may result in the imposition of monetary or other sanctions on a daily basis until the failure to comply with the General Order has been remedied.

General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."

IT IS HEREBY FURTHER ORDERED that, if she or he has not already done so, counsel for Third Party Defendant shall register forthwith as an ECF User and be issued an ECF User ID and password. Forms and instructions can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: 7/10/03                                  /s/ CLAUDIA WILKEN

                                                                             United States District Judge