COUNTY COUNSEL
Richard E. Winnie – 68048
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612

WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
H. James Wulfsberg - 046192
Kris A. Cox - 136504
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone: (510) 835-9100
Facsimile: (510) 451-2170

Attorneys for Counter-Defendant County of Alameda

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, a Maryland corporation<br><br>Plaintiffs,<br><br>vs.<br><br>N.V. HEATHORN, EDWARD, W. HEATHORN, NORMAN T.R. HEATHORN, WENDY C. HEATHORN, and DELORES E. HEATHORN<br><br>Defendants. | No. C 03 2156 CW<br><br>**[PROPOSED ORDER] GRANTING COUNTER-DEFENDANT COUNTY OF ALAMEDA'S MOTION TO DISMISS, OR ALTERNATIVELY TO STAY ACTION [FRCP 12 (b) (6)]**<br><br>Date: August 15, 2003<br>Time: 10:00 a.m.<br>Dept.: Hon. Claudia Wilken<br>      Courtroom 2, 4th Floor<br>      Oakland, California |
| N.V. HEATHORN, EDWARD, W. HEATHORN, NORMAN T.R. HEATHORN, WENDY C. HEATHORN, and DELORES E. HEATHORN<br><br>Counter-Claimants,<br><br>vs.<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY, a Maryland corporation, COUNTY OF ALAMEDA, a public entity, and ROES 1-100,<br><br>Counter-Defendants. | |

0002-029\2075126.1
**PROPOSED ORDER GRANTING CO OF ALAMEDA'S MOTION TO DISMISS**
1

1  The Motion of Counter-Defendant County of Alameda ("County") came on regularly
2  for hearing before the Court on August 15, 2003. Kris Cox appeared on behalf of the County and
3  _____ appeared on behalf of Defendants and Counter-Complainants N.V. Heathorn,
4  Edward W. Heathorn, Wendy C. Heathorn, and Delores E. Heathorn ("Heathorn"). _____
5  appeared on behalf of Plaintiff and Counter-Defendant United States Fidelity and Guaranty
6  Company (USF&G). The Court, having considered the briefs, pleadings, and oral arguments of
7  counsel of each of the parties, and good cause appearing therefore, finds as follows:

    Counter-Defendant County Of Alameda's Motion To Dismiss, Or Alternatively To Stay Action Motion is granted as to Counter-Complainant Heathorn's Third and Fourth Causes of Action.

    IT IS SO ORDERED.

Date: _____  By_____
HON. CLAUDIA WILKEN
Judge of the United States District Court
Northern District of California