QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Patrick Doolittle (Bar No. 203659)
  patrickdoolittle@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

**E-Filed 4/13/10**

Attorneys for Defendant Fusion Garage PTE. Ltd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| INTERSERVE, INC. dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FUSION GARAGE PTE. LTD, a Singapore company,<br><br>            Defendant. | CASE NO. 09-cv-5812 RS<br><br>**STIPULATED REQUEST AND [xxxxxxxx] ORDER SETTING NEW HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS AND RELATED BRIEFING SCHEDULES**<br><br>Dept.:   Hon. Richard Seeborg |

WHEREAS, Plaintiffs have filed a Motion for a Preliminary Injunction ("PI Motion");

WHEREAS, Defendant has filed a Motion to Dismiss, to Strike, or for a More Definite Statement ("Motion to Dismiss");

WHEREAS, the Court has set both motions for hearing on May 6, 2010;

WHEREAS, the parties wish to take certain depositions in advance of the hearing on the PI Motion and have presently scheduled such depositions during the week of April 19, 2010; and

WHEREAS, the parties ask the Court to reset the hearing date for May 13, 2010 with opposition briefs due on April 26, 2010 and reply briefs due on May 3, 2010 notwithstanding the Local Rules;

04049.51632/3438051.1

Case No. 09-cv-5812 RS
STIPULATED REQUEST AND [xxxx] ORDER SETTING NEW HEARING DATE ON PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS

1  NOW THEREFORE, the undersigned counsel hereby CONSENT, STIPULATE and
2 JOINTLY REQUEST the following pursuant to Civil Local Rule 7-7(b):
3  1. The hearing on the PI Motion and Motion to Dismiss shall be continued to May 13,
4 2010;
5  2. Defendant's Opposition to the PI Motion shall be due April 26, 2010 and Plaintiffs'
6 Opposition to the Motion to Dismiss shall be due April 26, 2010.
7  3. Plaintiffs' Reply in Support of their PI Motion shall be due on May 3, 2010 and
8 Defendant's Reply in Support of its Motion to Dismiss shall be due May 3, 2010.
9  IT IS SO STIPULATED.

Dated: April 12, 2010         QUINN EMANUEL URQUHART & SULLIVAN, LLP


                              By   /S/
                                 Patrick C. Doolittle
                                 Attorneys for Defendant Fusion Garage PTE., Ltd.


DATED: April 12, 2010         WINSTON & STRAWN LLP


                              By   /S/
                                 Andrew P. Bridges
                                 Attorneys for Plaintiffs Interserve, Inc. d/b/a
                                 TechCrunch and CrunchPad, Inc.


Pursuant to stipulation, it is so ORDERED.


Dated: 4/13/10

                              The Honorable Richard Seeborg
                              United States District Judge

04049.51632/3438051.1

-2-                                                Case No. 09-cv-5812 RS
STIPULATION AND [xxxxxxxx] ORDER REGARDING HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS