UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERSERVE, INC. DBA TECHCRUNCH, ET AL., <br><br> Plaintiffs, <br> v. <br><br> FUSION GARAGE PTE LTD., <br><br> Defendant. | Case No.: C-09-05812 RS (PVT) <br><br> **ORDER TO SHOW CAUSE** <br><br> **[Docket No. 70]** |

Defendant Fusion Garage PTE, Ltd. has moved to shorten time on its motion to challenge the confidentiality designation of a Rule 30(b)(6) transcript. ("defendant" or "FG"). Plaintiffs Interserve, Inc. doing business as TechCrunch and CrunchPad, Inc. have opposed the motion. ("plaintiffs" or "TechCrunch").

The Rule 30(b)(6) deposition of Michael Arrington was held on April 20, 2010. *See* Declaration of Patrick Doolittle, Exh. A. ("Arrington Depo. Tr."). Defendant contends that it wants to share portions of the Rule 30(b)(6) deposition transcript with Fusion Garage's CEO to prepare for the hearing on plaintiffs' motion for preliminary injunction scheduled to be held on May 13, 2010. Defendant further contends that "TechCrunch expressed confidentiality concerns only with respect to two discrete topics that spanned just eleven pages of written testimony."

Pursuant to section 5.2(b) of the stipulated protective order governing the above-

1  captioned action, plaintiffs contend that they have 20 days from the date of the deposition to
2  determine the specific portions of testimony that warrant protection and the appropriate level of
3  protection for those portions of testimony. The Rule 30(b)(6) deposition of Michael Arrington
4  was held on April 20, 2010. Plaintiffs state that the deadline is May 10, 2010 (or three days prior
5  to the preliminary injunction hearing).

6  Plaintiffs are ordered to show cause why non-confidential portions of the Rule 30(b)(6)
7  transcript cannot be de-designated no later than May 6, 2010. Plaintiffs shall file their response
8  to the order to show cause no later than April 30, 2010.

9  Defendant's motion to shorten time is denied as moot.

10  IT IS SO ORDERED.

Dated: April 28, 2010

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28