UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERSERVE, INC. DBA TECHCRUNCH, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> FUSION GARAGE PTE LTD., <br><br> Defendant. | Case No.: C-09-05812 RS (PVT) <br><br> **ORDER DISSOLVING APRIL 28, 2010 ORDER TO SHOW CAUSE** <br><br> **[Docket No. 88]** |

On April 28, 2010, the court ordered plaintiffs Interserve, Inc. doing business as TechCrunch and CrunchPad, Inc. to show cause why non-confidential portions of the Rule 30(b)(6) transcript of Michael Arrington cannot be de-designated no later than May 6, 2010. ("April 28, 2010 Order to Show Cause").

In response to the April 28, 2010 Order to Show Cause, plaintiffs state that "[they] can meet the May 6 deadline." *See* Docket No. 92. In light of plaintiffs' response, the April 28, 2010 Order to Show Cause is hereby dissolved.

Defendant Fusion Garage shall advise whether it has further challenges to any confidentiality designations for the Rule 30(b)(6) transcript no later than May 14, 2010. *See*

1 | Docket No. 66.  Plaintiffs may file their response, if any, no later than May 21, 2010.
2 |     IT IS SO ORDERED.
3 |
4 | Dated:    April 30, 2010
5 |                             PATRICIA V. TRUMBULL
                            United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28