*E-Filed 5/11/10*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
555 Twin Dolphin Dr., 5th floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Patrick Doolittle (Bar No. 203659)
  patrickdoolittle@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendant Fusion Garage PTE Ltd.

WINSTON & STRAWN LLP
  Andrew P. Bridges (Bar No. 122761)
  ABridges@winston.com
  David S. Bloch (Bar. No. 184530)
  DBloch@winston.com
  Matthew Scherb (Bar. No. 237461)
  MScherb@winston.com
101 California Street
San Francisco, CA 94111-5802
Telephone:    (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Plaintiffs Interserve, Inc., d/b/a
TechCrunch and Crunchpad, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSERVE, INC. dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>  vs.<br><br>FUSION GARAGE PTE LTD., a Singapore company,<br><br>        Defendant. | CASE NO. C 09-cv-5812 RS<br><br>[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM |

1    On May 11, 2010, Plaintiffs Interserve, Inc. dba TechCrunch and CrunchPad, Inc., along
2 with Defendant Fusion Garage PTE Ltd. (collectively, "the parties") filed a Joint Stipulated
3 Request to Permit Use of Equipment in the Courtroom.  After reviewing the parties' submission,
4 the Joint Stipulated Request is GRANTED.   The parties, along with their attorneys, paralegals,
5 assistants and consultants, may bring laptop computers, remote controls for same, audio-visual
6 projectors, laser pointers, projector screens and carts, and various cables, cords and power strips
7 and related equipment into the courtroom for use at the hearing on Defendant's Motion to Dismiss
8 and Plaintiffs' Motion for Preliminary Injunction on May 13, 2010.  Beginning at 12:30 p.m. on
9 Thursday, May 13, 2010 the parties may have access to the courtroom to set up the above
10 equipment so they will be prepared to proceed with the hearing as scheduled.

Dated:  May 11, 2010                     _____
                                          The Honorable Richard Seeborg
                                          United States District Court Judge