WINSTON & STRAWN, LLP
  Andrew P. Bridges (Bar No. 122761)
  ABridges@winston.com
  David S. Bloch (Bar No. 184530)
  DBloch@winston.com
  Matthew A. Scherb (Bar No. 237461)
  MScherb@winston.com
101 California Street, 39th Floor
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Plaintiffs Interserve, Inc. dba
TechCrunch and CrunchPad, Inc.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
555 Twin Dolphin Dr., 5th floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Fusion Garage PTE Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSERVE, INC. dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation,<br><br>         Plaintiffs,<br><br>    vs.<br><br>FUSION GARAGE PTE LTD., a Singapore company,<br><br>         Defendant. | CASE NO. C 09-cv-5812 RS (PVT)<br><br>**STIPULATION AND [XXXXXXXXXXXXXX ORDER PURSUANT TO CIVIL L.R. 6-2 TO ENLARGE TIME FOR BRIEFING ON PLAINTIFFS' MOTION TO COMPEL DE-DESIGNATION OF DOCUMENTS** |

1  WHEREAS, Fusion Garage's counsel seeks a two-day extension for its Opposition Brief to
2  Plaintiffs' Motion to Compel De-Designation of Documents (Dkt. 133) so that it may confer with
3  Fusion Garage further about which documents Fusion Garage wishes to continue to shield as
4  Confidential;

5  WHEREAS, Fusion Garage's counsel conferred with Plaintiffs' counsel about this
6  extension;

7  WHEREAS, Plaintiffs' counsel has no objection to this extension, on the condition that
8  Plaintiffs be entitled to a similar two-day extension on their Reply Brief to this Motion;

9  NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the deadline
10 for Fusion Garage to submit its Opposition Brief to Plaintiffs' Motion to Compel De-Designation
11 of Documents (Dkt. 133) is extended until June 3, 2010, and the deadline for Plaintiffs to submit
12 their Reply Brief to this Motion is extended until June 10, 2010.  The hearing date for Plaintiffs'
13 Motion, June 22, 2010, shall remain unchanged.

Dated: June 1, 2010

By:  /s/ Evette D. Pennypacker
Evette D. Pennypacker
Attorneys for Defendant
Fusion Garage PTE Ltd.

Dated: June 1, 2010

By:  /s/ Matthew A. Scherb
Matthew A. Scherb
Attorneys for Plaintiffs Interserve, Inc.
dba TechCrunch and CrunchPad, Inc.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Matthew Scherb.

Dated: June 1, 2010

By:  /s/ Evette D. Pennypacker
Evette D. Pennypacker

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __June 2_____, 2010

_Patricia V. Trumbull_
Hon. Patricia V. Trumbull
United States Magistrate Judge