QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
evettepennypacker@quinnemanuel.com
555 Twin Dolphin Dr., 5th floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Joshua L. Sohn (Bar No. 250105)
Sam S. Stake (Bar No. 257916)
50 California St., 22nd floor
San Francisco, CA 94111
Telephone: (650) 875-6600
Facsimile: (650) 875-6700

Attorneys for Defendant Fusion Garage PTE Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSERVE, INC. dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FUSION GARAGE PTE. LTD, a Singapore company,<br><br>Defendant. | CASE NO. 09-cv-5812 RS (PVT)<br><br>**DECLARATION OF JONATHAN BLOOM IN SUPPORT OF FUSION GARAGE'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DE-DESIGNATION OF DOCUMENTS**<br><br>Date:   June 22, 2010<br>Time:   10:00 a.m.<br>Judge:  Hon. Patricia Trumbull |

04049.51632/3523811.1

Case No. 09-cv-5812 RS (PVT)
BLOOM DECLARATION ISO OPPOSITION TO MOTION TO COMPEL DE-DESIGNATION

I, JONATHAN BLOOM, declare as follows:

1. I am the Chief Executive Officer for McGrath/Power Public Relations ("McGrath"). I make this declaration in support of Fusion Garage's Opposition to Plaintiffs' Motion to Compel De-Designation of Documents. Unless otherwise noted, I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. McGrath is currently retained by Fusion Garage to provide public relations services in connection with the marketing and sale of the JooJoo web tablet computer.

3. 

4.

5. The financial terms of the McGrath – Fusion Garage relationship are private and confidential. McGrath generally has different financial terms for each of its clients, and it has a policy of keeping these terms confidential both to protect the clients' privacy and to avoid a situation where prospective clients might seek or demand the same terms as current or past clients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of June 2010 at San Jose, California.


Jonathan Bloom