UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERSERVE INC., ET AL,<br>Plaintiff(s) | C 09-05812RS/ PVT |
| | **CLERK'S NOTICE CONTINUING MOTION HEARING** |
| FUSION GARAGE PTE. LTD,<br>Defendant(s). | |

The hearing on Plaintiff's Motion for Protective Order is hereby continued to **Wednesday, June 30, 2010 at 10:00 a.m.**

Dated: 6/18/10

/s/ Martha Parker Brown
_____
Martha Parker Brown
DEPUTY CLERK