QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
555 Twin Dolphin Dr., 5th floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Joshua L. Sohn (Bar No. 250105)
  joshuasohn@quinnemanuel.com
  Sam S. Stake (Bar No. 257916)
  samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendant Fusion Garage PTE Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSERVE, INC. dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FUSION GARAGE PTE LTD., a Singapore company,<br><br>            Defendant. | CASE NO. C 09-cv-5812 RS (PVT)<br><br>**FUSION GARAGE'S RESPONSE TO PLAINTIFFS' NOTICE REGARDING SUBMITTED MATTERS (FUSION GARAGE'S RENEWED MOTION FOR PROTECTIVE ORDER (Dkt. No. 93))**<br><br>**[CIVIL L.R. 7-13]**<br><br>**Hon. Patricia Trumbull** |

1   Plaintiffs' "Notice Regarding Submitted Matters" is inappropriate and contrary to Local Rule 7-13.  Plaintiffs argue that their Notice is appropriate – even though less than 120 days have passed since Fusion Garage's Renewed Motion for Protective Order was submitted for decision – because resolution of Fusion Garage's motion "has particular urgency."  (Notice, 2.)  However, there is no such urgency.  There has been no Rule 26(f) conference in this case, there is no cut-off date for discovery or summary judgment motions, and there is no trial date.  While it is true that Plaintiffs have requested to depose certain Fusion Garage witnesses in October – and Fusion Garage has agreed to present its witnesses at that time – nothing in the case schedule requires that these depositions occur in October.  Rather, the October "deadline" is an artificial deadline of Plaintiffs' own making.  Given that there is no cut-off date for discovery or summary judgment, Plaintiffs could plainly notice these depositions for a later date if they so wished.  In sum, there is no "urgency" to a resolution of Fusion Garage's Renewed Motion for Protective Order, and it is improper for Plaintiffs to file a premature "Notice Regarding Submitted Matters" which states, without support, that such urgency exists.

DATED:  August 30, 2010        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Evette D. Pennypacker*
   Evette D. Pennypacker
   Attorneys for Defendant Fusion Garage PTE Ltd.

1    I, Sam S. Stake, am the ECF User whose identification and password are being used to file
2 this document.  Pursuant to General Order 45.X.B., I hereby attest that Evette D. Pennypacker has
3 concurred in this filing.

4

5                 /s/ Sam S. Stake
                Sam S. Stake

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28