**\*\*E-filed 09/13/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSERVE, INC., et al., | No. C 09-5812 RS (PVT) |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS** |
| FUSION GARAGE PTE. LTD, | |
| Defendant. | |

In connection with their motion for a preliminary injunction, plaintiffs filed a motion seeking leave to file supplemental declarations (Dkt. No. 117). Good cause appearing, that motion is granted. The supplemental declarations were considered prior to the issuance of the ruling on the motion for preliminary injunction. The copies of the declarations submitted with the motion for leave to file are deemed filed, and need not be re-filed except as may be required by the order on the sealing motions that issued this date.

Dated: 09/13/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE