1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   Evette Pennypacker (Bar No. 203515)
3  evettepennypacker@quinnemanuel.com
   Thomas R. Watson (Bar No. 227264)
4  tomwatson@quinnemanuel.com
   555 Twin Dolphin Dr., 5th floor
5  Redwood Shores, CA 94065
   Telephone: (650) 801-5000
6  Facsimile: (650) 801-5100

7    Joshua L. Sohn (Bar No. 250105)
     50 California Street, 22nd Floor
8  San Francisco, CA  94111
   Telephone:    (415) 875-6600
9  Facsimile:    (415) 875-6700

10 Attorneys for Defendant Fusion Garage PTE Ltd.

11 WINSTON & STRAWN LLP
    Andrew P. Bridges (Bar No.: 122761)
12  Abridges@winston.com
    David S. Bloch (SBN: 184530)
13  Dbloch@winston.com
    Matthew A. Scherb (Bar No. 237461)
14  mscherb@winston.com
   WINSTON & STRAWN LLP
15 101 California Street, 39th Floor
   San Francisco, CA 94111-5802
16 Telephone: (415) 591-1000
   Facsimile: (415) 591-1400
17
   Attorneys for Plaintiffs Inserserve, Inc., et al.
18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSERVE, INC. dba TECHCRUNCH, a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FUSION GARAGE PTE. LTD, a Singapore company,<br><br>Defendant. | CASE NO. 09-cv-5812 RS (PVT)<br><br>**STIPULATION AND [**xxxxxxxxxxx<br>**ORDER GRANTING EXTENSION OF TIME REGARDING BRIEFING ON PLAINTIFFS' MOTION TO COMPEL** |

04049.51632/3689571.1   STIPULATION AND [PROPOSED] ORDER
                        CASE NO. 09-CV-5812 RS (PVT)

1  WHEREAS, on September 7, 2010, Plaintiffs filed a Motion to Compel Production of Withheld Information and Documents (Dkt. 164) ("Motion");

WHEREAS, Fusion Garage's Opposition to the Motion is currently due September 21, 2010, Plaintiffs' Reply is due September 28, 2010, and the Motion hearing is set for October 12, 2010;

WHEREAS, the Fusion Garage attorney with primary responsibility for Fusion Garage's Opposition has been ill for the past several days and has been unable to effectively respond to Plaintiffs' motion during this time;

WHEREAS, due to this illness, Fusion Garage has sought Plaintiffs' stipulation to a two-day extension for Fusion Garage's Opposition to the Motion;

WHEREAS, Plaintiffs agree to this stipulation, on the condition that Fusion Garage stipulate to a corresponding two-day extension for Plaintiffs' Reply to the Motion and that the hearing currently set for October 12, 2010 remains on calendar;

WHEREAS, the following time modifications have been previously made in this case: time to file a responsive pleading (Dkt. No. 16); motion to set the hearing dates on Fusion Garage's motion to dismiss, to strike, and for a more definite statement ("motion to dismiss") and Plaintiffs' motion for a preliminary injunction to May, 6, 2010 (Dkt. No. 45); motion to shorten time to hear Fusion Garage's motion to compel documents to support its opposition to Plaintiffs' Motion for a preliminary injunction (Dkt. No. 55); and setting new hearing date on Plaintiffs' motion for a preliminary injunction and defendant's motion to dismiss (Dkt. 64).

WHEREAS, the brief extensions sought by this stipulation <u>will not</u> impact the currently-scheduled hearing date for the Motion;

NOW, THEREFORE, the parties stipulate that Fusion Garage shall have a two-day extension, until September 23, 2010, to file its Opposition to the Motion. The parties further stipulate that Plaintiffs shall have a corresponding two-day extension, until September 30, 2010, to file their Reply to the Motion. The hearing on Plaintiffs' Motion—October 12, 2010—will remain

1 | unchanged.

2 | IT IS SO STIPULATED.

3 | Dated: September 21, 2010     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/
Thomas R. Watson

Attorneys for Defendant Fusion Garage PTE., Ltd.

10 | DATED: September 21, 2010     WINSTON & STRAWN LLP

By /s/
Matthew A. Scherb

Attorneys for Plaintiffs TechCrunch, Inc. and CrunchPad, Inc.

Pursuant to stipulation, it is SO ORDERED.

DATED: September 22, 2010

*Patricia V. Trumbull*
HON. PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

1 **FILER'S ATTESTATION**

2         Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest that I
3 have obtained concurrence in the filing of this document from Matthew A. Sherb, counsel for
4 Plaintiffs.

5
6 DATED:  September 21, 2010                  By:   /s/ *Thomas R. Watson*
                                                                    Thomas R. Watson

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28