QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Thomas R. Watson (Bar No. 227264)
  tomwatson@quinnemanuel.com
555 Twin Dolphin Dr., 5th floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Joshua L. Sohn (Bar No. 250105)
  50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendant Fusion Garage PTE Ltd.

WINSTON & STRAWN LLP
   Andrew P. Bridges (Bar No.: 122761)
   Abridges@winston.com
   David S. Bloch (SBN: 184530)
   Dbloch@winston.com
   Matthew A. Scherb (Bar No. 237461)
   mscherb@winston.com
WINSTON & STRAWN LLP
101 California Street, 39th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiffs TechCrunch, Inc., et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHCRUNCH, INC. a Delaware corporation, and CRUNCHPAD, INC., a Delaware corporation,<br><br>             Plaintiffs,<br><br>      vs.<br><br>FUSION GARAGE PTE. LTD, a Singapore company,<br><br>             Defendant. | CASE NO. 09-cv-5812 RS (PVT)<br><br>**STIPULATION AND [** XXXXXXXXXXXXX **ORDER GRANTING EXTENSION OF TIME REGARDING FUSION GARAGE'S PRODUCTION OF REDACTED SOURCE CODE** |

1  WHEREAS, on October 6, 2010, the Court ordered Fusion Garage to produce several
2 categories of documents including source code documents.  (Dkt. 184) (hereinafter "Order").  The
3 Court allowed Fusion Garage to redact the actual JooJoo source code while leaving the source
4 code comments and metadata;

5  WHEREAS, the Court's Order established a deadline of October 22, 2010 for this
6 production;

7  WHEREAS, the responsive source code documents comprise 10,325 discrete documents
8 and 76,289 individual pages, virtually all of which require manual redactions for each page;

9  WHEREAS, Fusion Garage has been diligently redacting and processing these documents
10 for production, but will require roughly two weeks from the present date to finish this process,
11 given the volume of source code documents and the number of manual redactions at issue;

12  WHEREAS, Fusion Garage has prepared the other non-source code documents called for
13 by the Order for production and will produce these documents by October 22, 2010, and will also
14 respond to Plaintiffs' Interrogatory Nos. 1 and 2 by October 22, 2010;

15  WHEREAS, counsel for the parties have meet and conferred concerning Fusion Garage's
16 source code redactions and the need for additional time to comply with the Court's Order;

17  WHEREAS, the following time modifications have been previously made in this case:
18 time to file a responsive pleading (Dkt. No. 16); motion to set the hearing dates on Fusion
19 Garage's motion to dismiss, to strike, and for a more definite statement ("motion to dismiss") and
20 Plaintiffs' motion for a preliminary injunction to May, 6, 2010 (Dkt. No. 45); motion to shorten
21 time to hear Fusion Garage's motion to compel documents to support its opposition to Plaintiffs'
22 Motion for a preliminary injunction (Dkt. No. 55); setting new hearing date on Plaintiffs' motion
23 for a preliminary injunction and defendant's motion to dismiss (Dkt. 64); and granting extension
24 of time regarding briefing on Plaintiffs' motion to compel (Dkt. 178);

25  NOW, THEREFORE, the parties stipulate and agree that Fusion Garage shall have a two-
26 week extension, until November 5, 2010, to produce its redacted source code documents to
27 Plaintiffs.  The October 22, 2010 date for Fusion Garage to produce its non-source code
28

documents and respond to Plaintiffs' Interrogatory Nos. 1 and 2 set forth in the Court's October 6, 2010 Order shall remain unchanged.

IT IS SO STIPULATED.

Dated: October 20, 2010              QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP


                                     By /s/ *Thomas R. Watson*
                                        Thomas R. Watson

                                        Attorneys for Defendant Fusion Garage PTE., Ltd.


DATED: October 20, 2010              WINSTON & STRAWN LLP


                                     By /s/ *Matthew A. Scherb*
                                        Matthew A. Scherb

                                        Attorneys for Plaintiffs TechCrunch, Inc. and
                                        CrunchPad, Inc.


   Pursuant to stipulation, it is SO ORDERED.

DATED: October 21, 2010


                                     _____
                                     HON. PATRICIA V. TRUMBULL
                                     UNITED STATES MAGISTRATE JUDGE

1 **FILER'S ATTESTATION**

2   Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest that I
3 have obtained concurrence in the filing of this document from Matthew A. Scherb, counsel for
4 Plaintiffs.

5
  DATED:  October 20, 2010           By:   /s/ *Thomas R. Watson*
6                                                         Thomas R. Watson

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28