*E-Filed 7/29/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSERVE, INC. ET AL,<br><br>              Plaintiff,<br><br>    v.<br><br> FUSION GARAGE PTE. LTD,<br><br>              Defendant._____/ | No. C 09-05812 RS<br><br>**ORDER REFERRING PARTIES TO PANEL MEDIATION** |

This matter is referred to panel mediation to be completed within ninety (90) days, if possible. The parties shall promptly notify the Court whether the case is resolved at the mediation.

**IT IS SO ORDERED.**

Dated: 7/29/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

CASE MANAGEMENT SCHEDULING ORDER
No. C 09-5812 RS