Andrew P. Bridges (SBN: 122761)
abridges@winston.com
David S. Bloch (SBN: 184530)
dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Attorneys for Plaintiffs


QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Evette Pennypacker (Bar No. 203515)
evettepennypacker@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, Ca 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHCRUNCH, INC., et al. | Case No. 3:09-cv-05812 RS |
| Plaintiffs, | **JOINT STIPULATION SEEKING STAY PENDING SETTLEMENT AND [PROPOSED] ORDER** |
| vs. | |
| FUSION GARAGE PTE. LTD., | |
| Defendant. | |

JOINT STIPULATION SEEKING STAY PENDING SETTLEMENT     Case No. 3:09-cv-05812 RS

SF:319633.4

WHEREAS, the parties in this action have executed a Memorandum of Understanding regarding final settlement of this case;

WHEREAS, the parties believe they will be in a position to execute a definitive agreement within fourteen days;

WHEREAS, the parties are facing imminent deadlines as set forth in the March 31, 2011 Case Management Scheduling Order (Docket Entry 206), as well as deadlines relating to ongoing discovery and motion practice;

WHEREAS, the parties agree that if the anticipated final agreement does not take place, they will jointly seek reasonable rescheduling of all dates, deadlines, motions, and other activities;

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the parties identified below that:

All pending deadlines, motions, notices, subpoenas, and hearing dates be suspended or stayed pending anticipated final agreement.

The case be temporarily stayed pending execution of the settlement or a report that the settlement was not executed.

Dated: September 22, 2011        WINSTON & STRAWN LLP

By:     /s/
        Andrew P. Bridges
        David S. Bloch

        Attorneys for Plaintiffs

Dated: September 22, 2011        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:     /s/
        Claude M. Stern
        Evette D. Pennypacker

        Attorneys for Defendant

1
JOINT STIPULATION SEEKING STAY PENDING SETTLEMENT        Case No. 3:09-cv-05812 RS

SF:319633.4

1

2       I, Andrew P. Bridges, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

3   concurrence to the filing of this document has been obtained from each signatory hereto.

4                                          By:     /s/

5                                                      Andrew P. Bridges

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA  94111-5802*

2

**JOINT STIPULATION SEEKING STAY PENDING SETTLEMENT**    Case No. 3:09-cv-05812 RS

SF:319633.4

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. This case is hereby STAYED pending anticipated execution of a settlement agreement.

2. All deadlines, motions, notices, subpoenas and hearing dates are SUSPENDED or STAYED. The parties shall report the status of this case to the Court within fourteen days.

Dated: 9/23, 2011 ~~2010~~

_____
The Honorable Richard Seeborg
United States District Court Judge