Andrew P. Bridges (SBN: 122761)
abridges@winston.com
David S. Bloch (SBN: 184530)
dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Plaintiffs


QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Evette Pennypacker (Bar No. 203515)
evettepennypacker@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, Ca 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHCRUNCH, INC., et al._____)<br>_____)<br>            Plaintiffs,_____)<br>_____)<br>    vs._____)<br>_____)<br>FUSION GARAGE PTE. LTD.,_____)<br>_____)<br>            Defendant._____)<br>_____) | **Case No. 3:09-cv-05812 RS**<br> Order<br>**JOINT REPORT TO THE COURT REGARDING SETTLEMENT** |

**JOINT REPORT TO THE COURT REGARDING SETTLEMENT**          Case No. 3:09-cv-05812 RS

The parties report that settlement has not yet been consummated. The parties continue to work toward consummation of the settlement, and they ask the Court to set a further status report deadline of October 21, 2011.

Dated: October 7, 2011                WINSTON & STRAWN LLP

By: /s/
Andrew P. Bridges
David S. Bloch

Attorneys for Plaintiffs

Dated: October 7, 2011                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/
Claude M. Stern
Evette D. Pennypacker

Attorneys for Defendant

I, Andrew P. Bridges, hereby attest, pursuant to N.D. Cal. General Order No. 45, that I have obtained the concurrence to the filing of this document of each signatory hereto.

By: /s/
Andrew P. Bridges

Dated: 10/11/11

**IT IS SO ORDERED**
Judge Richard Seeborg
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JOINT REPORT TO THE COURT REGARDING SETTLEMENT**                Case No. 3:09-cv-05812 RS

SF:320530.3

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802