**\*\*E-filed 11/21/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

INTERSERVE, INC., et al.,

        Plaintiffs,

  v.

FUSION GARAGE PTE. LTD,

        Defendant.

                               /

No. C 09-5812 RS

**ORDER RE SCHEDULING**

Briefing on the previously-filed discovery motion shall resume pursuant to the schedule to which the parties have stipulated. That motion shall be renoticed upon obtaining an available hearing date from the chambers of the assigned magistrate judge. Responses to pending discovery requests shall also be due as specified in the parties' stipulation. The December 1, 2011 deadline for defendant's expert disclosures and reports is suspended. All other scheduling issues will be taken up at the Case Management Conference on December 8, 2011.

IT IS SO ORDERED.

Dated: 11/21/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE