David S. Bloch (SBN: 184530)
dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Attorneys for Plaintiffs

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Evette Pennypacker (Bar No. 203515)
evettepennypacker@quinnemanuel.com
Thomas R. Watson (Bar No. 227264)
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, Ca 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TECHCRUNCH, INC., et al. ) | **Case No. 3:09-cv-05812 RS (PSG)** |
| ) | ORDER MODIFYING |
| Plaintiffs, ) | **JOINT STIPULATION ~~AND~~ [~~PROPOSED~~]** |
| ) | ~~**ORDER**~~ **SETTING HEARING DATE ON** |
| vs. ) | **FUSION GARAGE'S MOTION TO** |
| ) | **COMPEL** |
| FUSION GARAGE PTE. LTD., ) | |
| ) | |
| Defendant. ) | |

04049.51632/4459972.

Case No. 3:09-cv-05812 RS (PSG)
JOINT STIPULATION AND [PROPOSED] ORDER
SETTING HEARING DATE ON FUSION GARAGE'S MOTION TO COMPEL

Pursuant to the Magistrate Judge Paul S. Grewal's December 2010 Standing Order, the parties stipulate as follows:

WHEREAS, Defendant Fusion Garage PTE Ltd. ("Fusion Garage") filed a Motion to Compel on September 9, 2011, which was scheduled to be heard on October 18, 2011 ("Motion") (Dkt. 212);

WHEREAS, the parties engaged in private mediation on September 21, 2011, and executed a Memorandum of Understanding regarding final settlement of this case at the mediation;

WHEREAS, the parties sought a stay pending the execution of a definitive agreement, which was granted by Judge Richard Seeborg on September 23, 2011 (Dkt. 216);

WHEREAS, the parties were unable to reach a final agreement regarding settlement despite lengthy and good faith settlement negotiations (Dkt. 217, 219, 220);

WHEREAS, the parties have meet and conferred regarding deadlines, motions, and other activities, and have agreed that Plaintiffs TechCrunch, Inc. and CrunchPad, Inc.'s (collectively, Plaintiffs") opposition to the Motion will be due on December 2, 2011 and Fusion Garage's reply will be due on December 9, 2011;

WHEREAS, Judge Richard Seeborg agreed, *inter alia*, to the parties' stipulated briefing schedule and directed the parties to this Court to set the hearing date for the Motion (Dkt. 222);

WHEREAS, the parties have met and conferred and agreed to have the Motion heard on December 20, 2011, the Court's schedule permitting;

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the parties identified below pursuant to Magistrate Judge Grewal's December 2010 Standing Order that, subject to Court approval, Fusion Garage's Motion to Compel (Dkt. 212) shall be heard on December 20, 2011 at 10:00 a.m. in the Courtroom of the Honorable Paul S. Grewal of the United States District Court for the Northern District of California, or as soon thereafter as the matter can be heard.

Dated:  November 23, 2011    WINSTON & STRAWN LLP

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

By:  /s/
David S. Bloch

Attorneys for Plaintiffs

Dated: November 23, 2011    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/
Evette D. Pennypacker

Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED: The motion to compel (Docket No. 212) shall be heard on January 3, 2012 at 10AM.

DATED: November 29, 2011

*Paul S. Grewal* (signature)

The Honorable Paul S. Grewal
United States District Court Magistrate Judge

## **ATTESTATION**

I, Evette D. Pennypacker, hereby attest, pursuant to N.D. Cal. General Order No. 45, that I have obtained the concurrence to the filing of this document of each signatory hereto.

By:     /s/
             Evette D. Pennypacker