**\*\*E-filed 12/29/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

INTERSERVE, INC., et al.,

        Plaintiffs,

  v.

FUSION GARAGE PTE. LTD,

        Defendant.
_____/

No. C 09-5812 RS

**ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW**

Pursuant to Civil Local Rule 7-1(b), the motion of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel") for leave to withdraw from representation of defendant Fusion Garage PTE. Ltd. in this matter is suitable for disposition without oral argument, and the hearing set for January 19, 2012 is vacated. Plaintiffs have filed a statement indicating that they do not oppose the motion, but requesting the imposition of certain conditions. Good cause appearing, the motion is granted, and Quinn Emanuel is hereby relieved from further representation of Fusion Garage in this action.

Fusion Garage is advised that it cannot appear in this action except through counsel, and that it must obtain new counsel no later than February 1, 2012. In the event new counsel has not entered an appearance by that date, Fusion Garage shall appear and show cause on February 9, 2012 at 1:30 p.m., why its answer should not be stricken and its default entered.

In the event Fusion Garage retains new counsel, the parties shall thereafter promptly meet and confer to resolve any outstanding discovery and case management issues, including developing

a plan for further alternative dispute resolution. The discovery responses previously due on December 16, 2011, shall be exchanged as promptly as possible after Fusion Garage's retention of new counsel, but in any event no later than 20 days after that date.

Quinn Emanuel is directed to make reasonable efforts to provide Fusion Garage a copy of this order and to ensure that it understands the potential consequences of any failure to obtain new counsel by February 1, 2012. Pursuant to Civil Local Rule 11-5(b), until new counsel has entered an appearance, any papers to be served on Fusion Garage may be served on Quinn Emmanuel for forwarding purposes.

IT IS SO ORDERED.

Dated: 12/29/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE